IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC., a National Banking Association and CSI FINANCIAL, INC., a Montana Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, <br><br> Defendant | : <br> : <br> :    CIVIL ACTION NO: 2:02-CV-03608-JW <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION OF ALICE J. HINSHAW, ESQUIRE AND THE LAW FIRM OF JACKSON, MURDO, GRANT & MCFARLAND, P.C. TO WITHDRAW AS COUNSEL FOR MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA**

Alice J. Hinshaw, Esquire and the law firm of Jackson, Murdo, Grant & McFarland, P.C. move this Honorable Court for leave to withdraw as counsel for Mercy Health System of Southeastern Pennsylvania and in support thereof avers as follows:

1.  The undersigned entered an appearance on behalf of Mercy Health System of Southeastern Pennsylvania ("Mercy") in an action that was filed against Mercy by CSI Financial, Inc. and First National Bank of Montana in the United States District Court for the District of Montana captioned <u>First National Bank of Montana and CSI Financial, Inc. v. Mercy Health System of Southeastern Pennsylvania</u>, Civil Action No. CV-01-54-H-7798 ("Montana Action").

2.  Mercy moved to dismiss or transfer the Montana Action to Pennsylvania because an action arising under the same facts and circumstances filed by Mercy was already pending in the United States District Court for the Eastern District of Pennsylvania. The Honorable Donald W. Molloy transferred the Montana Action to the Eastern District of Pennsylvania, where it is docketed at Civil Action No. 2:02-CV-03608-JW.

1

3.      Ronald L. Williams, Esquire, Stacey A. Scrivani, Esquire and the law firm of Stevens & Lee, P.C. have entered their appearance on behalf of Mercy Health System of Southeastern Pennsylvania in this matter.

WHEREFORE, the undersigned, Alice J. Hinshaw, Esquire and the law firm of Jackson, Murdo, Grant & McFarland, P.C. move for leave to withdraw their appearance as counsel for Mercy Health System of Southeastern Pennsylvania in this case.

>                    JACKSON, MURDO, GRANT & MCFARLAND, P.C.
>
>                    By_____
>                         Alice J. Hinshaw
>                         203 North Ewing Street
>                         Helena, Montana 59601-4298

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC., a National Banking Association and CSI FINANCIAL, INC., a Montana Corporation, | : : : : : | CIVIL ACTION NO: 2:02-CV-03608-JW |
| Plaintiff, | : : | |
| v. | : : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : : : | |
| Defendant | : | |

## **ORDER**

AND NOW, this ___ day of _____, 2002, upon consideration of the motion of Alice J. Hinshaw and the law firm of Jackson, Murdo, Grant & McFarland, P.C. to withdraw as counsel for Mercy Health System of Southeastern Pennsylvania, it is hereby ORDERED that:

1. Counsel is permitted to withdraw her appearance and that of her law firm on behalf of Mercy Health System of Southeastern Pennsylvania; and

2. The Clerk of Courts shall withdraw the appearance of Alice J. Hinshaw, Esquire and the law firm of Jackson, Murdo, Grant and McFarland, P.C. on behalf of Mercy Health System of Southeastern Pennsylvania.

BY THE COURT

_____
J.

SL1 292039v1/30512.005

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing motion to withdraw as counsel and proposed Order upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

> R. J. "Jim" Sewell, Jr.
> Smith's Law Firm, P.C.
> 26 West 6th Ave–Box 1691
> Helena, Montana 59624
>
> Heather E. Reenie, Esquire
> 1515 Market Street, Ninth Floor
> Philadelphia, PA  19102

Date:  September ___, 2002            _____
                                                    Stacey A. Scrivani