IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,** | : | **CIVIL ACTION NO.: 01-CV-5681-JW** |
| **Plaintiff,** | : | |
| v. | : | |
| **CSI FINANCIAL, INC.,** | : | |
| **Defendant.** | : | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.,** | : | **CIVIL ACTION NO.: 2:02-CV-03608-JW** |
| **Plaintiffs,** | : | |
| v. | : | |
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,** | : | |
| **Defendant.** | : | |

**DEFENDANT CSI FINANCIAL, INC.'S RESPONSE TO AND JOINDER IN MERCY HEALTH SYSTEM'S MOTION TO CONSOLIDATE CASES**

Defendant, CSI Financial, Inc., by and through its counsel, hereby files this response to and joinder in Mercy Health System's Motion to Consolidate the above-captioned actions.

2

CSI respectfully joins in Mercy's request to consolidate the above-referenced actions into one action.

                                            Respectfully submitted,

                                            ECKERT SEAMANS CHERIN
                                              & MELLOTT, LLC

Dated: September _____, 2002         By: _____
                                                      Heather E. Rennie, Esquire
                                                      Attorney I.D. No. 69715
                                                      1515 Market Street, Ninth Floor
                                                      Philadelphia, PA 19102
                                                      (215) 851-8400

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of September, 2002 a true and correct copy of the foregoing Defendant CSI Financial, Inc.'s Response to and Joinder in Mercy Health System's Motion to Consolidate Cases was served via U.S. mail, first-class, postage prepaid, upon the following counsel:

        Ronald L. Williams, Esquire
        John J. Miravich, Esquire
        Stevens & Lee, P.C.
        One Glenhardie Corporate Center
        1275 Drummers Lane, Suite 202
        P.O. Box 236
        Wayne, PA  19087-0236

_____
Heather E. Rennie

M0372323