UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.** | : | CIVIL ACTION |
| | : | |
| | : | Case No. 2:2002-CV-03608 |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA** | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Please enter our appearances as counsel for Plaintiff, First National Bank of Montana, Inc. in the above captioned action.

                                                                        _____
PATRICK W. KITTREDGE, ESQUIRE
JOSEPH M. DONLEY, ESQUIRE
CHRISTOPHER M. BRUBAKER, ESQUIRE
Attorney I.D. Nos. 03556/23058/82057
**KITTREDGE, DONLEY, ELSON**
      **FULLEM & EMBICK, LLP**
421 Chestnut Street, 5th Floor
Philadelphia, PA 19106
(215) 829-9900 (tel.)

DATED: _____           (215) 829-9888 (fax)