IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERCY HEALTH SYSTEM OF** | : | **CIVIL ACTION** |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| v. | : | |
| | : | |
| **CSI FINANCIAL, INC.** | : | **NO. 01-5681** |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF MONTANA** | : | **CIVIL ACTION** |
| **INC. and CSI FINANCIAL, INC.** | : | |
| | : | |
| v. | : | |
| | : | |
| **MERCY HEALTH SYSTEM OF** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | **NO. 02-3608** |

## O R D E R

**AND NOW,** this          day of October, 2002, upon consideration of the Motion of Mercy Health System of Southeastern Pennsylvania to Consolidate Cases (Doc. #20), the joinder of CSI Financial, Inc. therein and the absence of any timely response by First National Bank of Montana thereto, as these two cases arise from the same contract dispute and involve common questions of fact and law, pursuant to Fed. R. Civ. P. 42(a), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and the above cases are consolidated for all purposes at Civil Action No. 02-3608.

                                        **BY THE COURT:**


                                        _____
                                        **JAY C. WALDMAN, J.**