IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF MONTANA, INC.** and **CSI FINANCIAL, INC.,** | : | CIVIL ACTION |
| | : | |
| | : | Case No. 2:02-CV-03608-JW |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,** | : | |
| | : | |
| **Defendant.** | : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Heather E. Rennie, Esquire on behalf of Plaintiff First National Bank of Montana, Inc. in the above-referenced action.

                                                    Respectfully submitted,

                                                    ECKERT SEAMANS CHERIN
                                                        & MELLOTT, LLC

Dated: October _____, 2002            By: _____
                                                         Heather E. Rennie, Esquire
                                                         Attorney I.D. No. 69715
                                                         1515 Market Street, Ninth Floor
                                                         Philadelphia, PA  19102
                                                         (215) 851-8400

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of October, 2002 a true and correct copy of the foregoing Withdrawal of Appearance was served via U.S. mail, first-class, postage prepaid, upon the following counsel:

>Ronald L. Williams, Esquire
>Stacey A. Scrivani, Esquire
>Stevens & Lee, P.C.
>One Glenhardie Corporate Center
>1275 Drummers Lane, Suite 202
>P.O. Box 236
>Wayne, PA  19087-0236

_____
Heather E. Rennie

M0374430