IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERCY HEALTH SYSTEM OF** | : | **CIVIL ACTION** |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| v. | : | |
| | : | |
| **CSI FINANCIAL, INC.** | : | **NO. 01-5681** |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF MONTANA** | : | **CIVIL ACTION** |
| **INC. and CSI FINANCIAL, INC.** | : | |
| | : | |
| v. | : | |
| | : | |
| **MERCY HEALTH SYSTEM OF** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | **NO. 02-3608** |

**O R D E R**

**AND NOW,** this           day of October, 2002, at the request of counsel for Mercy Health Systems by correspondence of October 4, 2002 and it appearing that the court inadvertently consolidated the above actions at the later rather than initial civil action number, **IT IS HEREBY ORDERED** that the court's order of October 1, 2002 granting the motion to consolidate the above cases is amended to provide that these cases are consolidated for all purposes at Civil Action No. 01-5681.

**BY THE COURT:**

_____
**JAY C. WALDMAN, J.**