IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC., <br><br>Plaintiffs,<br><br>v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:02-CV-03608-JW |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of R. J. "Jim" Sewell, Jr., Esquire on behalf of Plaintiff First National Bank of Montana, Inc. in the above-referenced action.

Respectfully submitted,

SMITH LAW FIRM, P.C.

Dated: October 3, 2002

By: _____
R. J. "Jim" Sewell, Jr., Esquire
26 West Sixth Avenue
P.O. Box 1691
Helena, MT 59624-1691
(406) 442-2980

## CERTIFICATE OF SERVICE

I hereby certify that on this __3__ day of October, 2002 a true and correct copy of the foregoing Withdrawal of Appearance was served via U.S. mail, first-class, postage prepaid, upon the following counsel:

>Ronald L. Williams, Esquire
>Stacey A. Scrivani, Esquire
>Stevens & Lee, P.C.
>One Glenhardie Corporate Center
>1275 Drummers Lane, Suite 202
>P.O. Box 236
>Wayne, PA  19087-0236

_____
R. J. "Jim" Sewell, Jr.

M0374518