## CERTIFICATE OF SERVICE

I, CHRISTOPHER M. BRUBAKER, hereby certify that on this date I caused to be served a true and correct copy of First National Bank of Montana's Memorandum of Law in Opposition to Mercy Health's Motion to Compel the Production of Documents Pennsylvania, via first-class mail, postage prepaid, as follows:

Ronald L. Williams, Esquire
Stevens & Lee, P.C.
The Glenhardie Corporate Center
1275 Drummers Lane, Suite 202
P.O. Box 236
Wayne, PA  19087-0236

Stacey A. Scrivani, Esquire
111 North Sixth Street
P.O. Box 0679
Reading, PA 19603-0679

R.J. "Jim" Sewell, Jr., Esquire
Smith's Law Firm, P.C.
26 West 6th Avenue, Box 1691
Helena, Montana 59624

Heather E. Rennie, Esquire
Eckart, Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102


Dated: November 18, 2002

_____
Christopher M. Brubaker