UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA** | : : : : | **CIVIL ACTION** <br> **Case No. 01-CV-5681** |
| Plaintiff, | : : | |
| v. | : : | |
| **CSI FINANCIAL, INC.,** | : : | |
| Defendant | : | |
| **FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.** | : : : | **CIVIL ACTION** <br><br> **Consolidated** |
| Plaintiffs, | : : | |
| v. | : : | |
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA** | : : : : | |
| Defendant. | : : | |

# ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Mercy Health System's Motion to Compel the Production of Documents, and the First National Bank of Montana's Response, it is hereby ORDERED that said Motion is DENIED. It is further ORDERED and DECREED that Mercy Health System shall pay the First National Bank of Montana's attorneys fees and costs associated with defending this Motion and shall submit a bill of such fees and costs within ten days of the entry of this order.

BY THE COURT:

_____
                    J.