IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH | : | CIVIL ACTION |
| v. | : | |
| CSI FINANCIAL | : | NO. 01-5681 |
| FIRST NATIONAL BANK OF MONTANA | : | CIVIL ACTION |
| v. | : | |
| MERCY HEALTH | : | NO. 02-3608 |

O R D E R

AND NOW, this 30th day of January, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Jay C. Waldman to the calendar of the Honorable James Knoll Gardner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court