<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
MERCY HEALTH SYSTEM,              )
                                  )  Civil Action
          Plaintiff               )  No. 01-CV-05681
                                  )
     vs.                          )
                                  )
CSI FINANCIAL, INC.,              )
                                  )
          Defendant               )

                           *    *    *

FIRST NATIONAL BANK OF            )
MONTANA, INC. and                 )  Civil Action
CSI FINANCIAL, INC.,              )  No. 02-cv-03608
                                  )
          Plaintiffs              )
                                  )
     vs.                          )
                                  )
MERCY HEALTH SYSTEM OF            )
SOUTHEASTERN PENNSYLVANIA,        )
                                  )
          Defendant               )
```

<u>O R D E R</u>

NOW, this 25th day of February, 2003, upon consideration of Plaintiff Mercy Health System's Motion to Compel the Production of Documents Improperly Withheld as Privileged or Work Product by Defendant First National Bank of Montana, which motion was filed February 19, 2003,

<u>IT IS ORDERED</u> that plaintiff's motion is denied without prejudice to proceed as indicated below.

<u>IT IS FURTHER ORDERED</u> that the parties may bring this

discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by the Standing Order of the undersigned dated January 2, 2003.

                        BY THE COURT:

                        _____
                        James Knoll Gardner
                        United States District Judge