<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| MERCY HEALTH SYSTEM,              ) | |
|                                   ) | Civil Action |
|            Plaintiff              ) | No. 01-CV-05681 |
|                                   ) | |
|       vs.                         ) | |
|                                   ) | |
| CSI FINANCIAL, INC.,              ) | |
|                                   ) | |
|            Defendant              ) | |

\*   \*   \*

| | |
|---|---|
| FIRST NATIONAL BANK OF            ) | |
| MONTANA, INC. and                 ) | Civil Action |
| CSI FINANCIAL, INC.,              ) | No. 02-cv-03608 |
|                                   ) | |
|            Plaintiffs             ) | |
|                                   ) | |
|       vs.                         ) | |
|                                   ) | |
| MERCY HEALTH SYSTEM OF            ) | |
| SOUTHEASTERN PENNSYLVANIA,        ) | |
|                                   ) | |
|            Defendant              ) | |

<u>O R D E R</u>

NOW, this 13th day of March, 2003, upon consideration of plaintiff First National Bank of Montana, Inc.'s motion to compel, which motion was filed February 24, 2003; upon consideration of Mercy Health System's Memorandum of Law in Opposition to First National Bank of Montana's Motion to Compel filed March 10, 2003,_____

_____<u>IT IS ORDERED</u> that plaintiff's motion is denied without prejudice to proceed as indicated below.

IT IS FURTHER ORDERED that the parties may bring this discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by the Standing Order of the undersigned dated January 2, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge