IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM,           )<br>                               )    Civil Action<br>        Plaintiff              )    No. 01-CV-05681<br>                               )<br>    vs.                        )<br>                               )<br>CSI FINANCIAL, INC.,           )<br>                               )<br>        Defendant              )   | |

\*   \*   \*

FIRST NATIONAL BANK OF          )
MONTANA, INC. and               )    Civil Action
CSI FINANCIAL, INC.,            )    No. 02-cv-03608
                                )
        Plaintiffs              )
                                )
    vs.                         )
                                )
MERCY HEALTH SYSTEM OF          )
SOUTHEASTERN PENNSYLVANIA,      )
                                )
        Defendant               )

\*   \*   \*

APPEARANCES:

    RONALD L. WILLIAMS, ESQUIRE
        On behalf of Mercy Health System of Southeastern
        Pennsylvania

    KAREN LEE TURNER, ESQUIRE
        On behalf of CSI Financial, Inc.

    JOSEPH M. DONLEY, ESQUIRE
        On behalf of First National Bank of Montana, Inc.

\*   \*   \*

RULE 16 STATUS CONFERENCE ORDER

NOW, this 13${}^{th}$ day of March, 2003, after status conference conducted by telephone conference call with the

undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure; it appearing that on December 16, 2002 CSI Financial, Inc. filed a bankruptcy petition in the United States Bankruptcy Court for the District of Montana; it further appearing that there is currently pending before the bankruptcy court a petition from relief of stay filed by Mercy Health System of Southeastern Pennsylvania; it further appearing that a hearing is scheduled on March 25, 2003 on the petition from relief from stay; it further appearing that issues in the within consolidated cases are intertwined with the issues involved in the bankruptcy litigation; accordingly,

IT IS ORDERED that these consolidated actions are placed into civil suspense until such time as the United States Bankruptcy Court for the District of Montana decides the pending motion for relief from stay filed by Mercy Health System of Southeastern Pennsylvania.

IT IS FURTHER ORDERED that Karen Lee Turner, Esquire, counsel for CSI Financial, Inc., shall promptly notify the undersigned of the decision of the bankruptcy court regarding the petition for relief from stay.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James Knoll Gardner
　　　　　　　　　　　　　　　　United States District Judge