```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CSI FINANCIAL, INC. | : | No. 01-5681 |
| | | |
| FIRST NATIONAL BANK OF MONTANA, INC., et al | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA | : | No. 02-3608 |

O R D E R

AND NOW, this      day of August, 2003, after a telephonic discovery conference with counsel this date, it is hereby ORDERED as follows:

1. Counsel for First National Bank of Montana, Inc. shall supply Mercy Health System of Southeastern Pennsylvania with a concise list of what documentation, interrogatories and admissions have not been supplied.  Mercy Health System of Southeastern Pennsylvania shall supply the missing documentation or provide an affidavit concerning the same;

2. Mercy Health System of Southeastern Pennsylvania's request for production, expenses and filing fees is DENIED.

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge