```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCY HEALTH SYSTEM,            )
                                ) Civil Action
          Plaintiff             ) No. 01-CV-05681
                                )
     vs.                        )
                                )
CSI FINANCIAL, INC.,            )
                                )
          Defendant             )

                      *    *    *

FIRST NATIONAL BANK OF          )
MONTANA, INC. and               ) Civil Action
CSI FINANCIAL, INC.,            ) No. 02-cv-03608
                                )
          Plaintiffs            )
                                )
     vs.                        )
                                )
MERCY HEALTH SYSTEM OF          )
SOUTHEASTERN PENNSYLVANIA,      )
                                )
          Defendant             )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 25th day of September, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457