IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MERCY HEALTH SYSTEM,           )
                               )  Civil Action
          Plaintiff            )  No. 01-CV-05681
                               )
     vs.                       )
                               )
CSI FINANCIAL, INC.,           )
                               )
          Defendant            )

                         *   *   *

FIRST NATIONAL BANK OF         )
MONTANA, INC. and              )  Civil Action
CSI FINANCIAL, INC.,           )  No. 02-CV-03608
                               )
          Plaintiffs           )
                               )
     vs.                       )
                               )
MERCY HEALTH SYSTEM OF         )
SOUTHEASTERN PENNSYLVANIA,     )
                               )
          Defendant            )
```

O R D E R

NOW, this 7th day of November, 2003, it appearing by Order of Chief United States Bankruptcy Judge Ralph B. Kirscher of the United States Bankruptcy Court for the District of Montana dated November 4, 2003 that CSI Financial, Inc., has converted its bankruptcy pending from a Chapter 11 reorganization to a Chapter 7 liquidation; it further appearing that Ross P. Richardson, Esquire, has been named Bankruptcy Trustee on behalf of CSI Financial, Inc.; it further appearing that the interests of justice and fairness require that a short period of time be

afforded to the Bankruptcy Trustee to review the status of the within litigation and make a determination as to how to properly proceed,

<u>IT IS ORDERED</u> that these consolidated actions are placed into civil suspense for 30 days or until such time as the undersigned is advised by the Bankruptcy Trustee as to how he is going to proceed in these consolidated cases.

<u>IT IS FURTHER ORDERED</u> that Ross P. Richardson, Esquire, Bankruptcy Trustee for CSI Financial, Inc., shall promptly notify the undersigned of his decision on how he decides to proceed in these consolidated cases.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania shall serve a copy of the within Order on all counsel of record and on Ross P. Richardson, Esquire at P.O. Box 399, Butte, Montana 59701.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge