IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERCY HEALTH SYSTEM,** | : | CIVIL ACTION |
| | : | No. 01-CV-05681 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CSI FINANCIAL, INC.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| **FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.,** | : | CIVIL ACTION |
| | : | |
| | : | No. 02-CV-03608 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,** | : | |
| | : | |
| Defendant. | : | |

**WITHDRAWAL OF APPEARANCE**

2

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Heather E. Rennie, Esquire on behalf of CSI Financial, Inc. in the above-referenced actions.

                                      Respectfully submitted,

                                      ECKERT SEAMANS CHERIN
                                        & MELLOTT, LLC

Dated: February _____, 2004        By: _____
                                               Heather E. Rennie, Esquire
                                               Attorney I.D. No. 69715
                                               1515 Market Street, Ninth Floor
                                               Philadelphia, PA  19102
                                               (215) 851-8400

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of February, 2004 a true and correct copy of the foregoing Withdrawal of Appearance was served via U.S. mail, first-class, postage prepaid, upon the following counsel:

>Ronald L. Williams, Esquire
>Stacey A. Scrivani, Esquire
>Stevens & Lee, P.C.
>620 Freedom Business Center, Suite 200
>P.O. Box 62330
>King of Prussia, PA  19406

>Christopher M. Brubaker, Esquire
>Kittredge, Donley, Elson, Fullem
> & Embick, LLP
>421 Chestnut Street, Fifth Floor
>Philadelphia, PA  19106

>_____
>Heather E. Rennie

M0446628

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 2:02-cv-03608-JKG     Document 28     Filed 02/13/2004     Page 4 of 4