UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.<br><br>  Plaintiffs,<br>v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA<br><br>  Defendant. | CIVIL ACTION<br><br>Case No. 2:2002-CV-03608 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearances as counsel for Plaintiff, First National Bank of Montana, Inc. in the above captioned action.

                              JOSEPH M. DONLEY, ESQUIRE
                              Attorney I.D. Nos. 23058
                              KITTREDGE, DONLEY, ELSON
                                  FULLEM & EMBICK, LLP
                              421 Chestnut Street, 5th Floor
                              Philadelphia, PA 19106
                              (215) 829-9900 (tel.)
DATED: 02/24/04               (215) 829-9888 (fax)

## CERTIFICATE OF SERVICE

I, CHRISTOPHER M. BRUBAKER, hereby certify that on this date I caused to be served a true and correct copy of the foregoing Entry of Appearance of Joseph M. Donley, Esquire, via e-mail, as follows:

>Ronald L. Williams, Esquire
>Stevens & Lee, P.C.
>620 Freedom Business Center, Suite 200
>King of Prussia, PA 19406
>(610) 205-6002
>e-mail: rlw@stevenslee.com
>
>Patrick J. Egan, Esquire
>239 S. Camac Street
>Philadelphia, PA 19107
>(215) 546-5040
>e-mail: pjegan@eganlaw.net

Dated: February 24, 2004

Christopher M. Brubaker, Esquire