IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM,   )<br>                          )   Civil Action<br>         Plaintiff         )   No. 01-CV-05681<br>                          )<br>    vs.                   )<br>                          )<br>CSI FINANCIAL, INC.,       )<br>                          )<br>         Defendant         )   | |

\*   \*   \*

FIRST NATIONAL BANK OF        )
MONTANA, INC. and             )   Civil Action
CSI FINANCIAL, INC.,          )   No. 02-CV-03608
                              )
         Plaintiffs           )
                              )
    vs.                       )
                              )
MERCY HEALTH SYSTEM OF        )
SOUTHEASTERN PENNSYLVANIA,    )
                              )
         Defendant            )

O R D E R

NOW, this 17th day of March, 2004, upon consideration of the Motion for Admission Pro Hac Vice, which motion was filed January 30, 2004 on behalf of CSI Financial, Inc.; it appearing that the within motion seeks the pro hac vice admission of Lewis K. Smith, III, Esquire; it further appearing that the motion is unopposed,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that Lewis K. Smith, III, Esquire is admitted to the bar of this court for the purpose of the within matter only.

IT IS FURTHER ORDERED Patrick J. Egan, Esquire shall act as associate counsel of record for Attorney Smith pursuant to the provisions of Rule 83.5.2 of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania

BY THE COURT:

_____
James Knoll Gardner
United States District Judge