UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA<br><br>Plaintiffs,<br><br>v.<br><br>CSI FINANCIAL, INC.,<br><br>Defendant | CIVIL ACTION<br>Case No. 01-CV-5681 |
| FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA<br><br>Defendant. | CIVIL ACTION<br><br>Consolidated |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of E. Thomas Henefer, Esquire as counsel of record for Mercy Health Systems in the above consolidated actions.

STEVENS & LEE, P.C.

*/s/ E. Thomas Henefer*
E. Thomas Henefer
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
(610)478-2000

Attorneys for Mercy Health System of Southeastern Pennsylvania

## CERTIFICATE OF SERVICE

    I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing entry of appearance on the following counsel of record by first class mail, postage prepaid, as follows:

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
421 Chestnut Street
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana

Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA  19107
Counsel for CSI Financial, Inc.

Dated:  May 24, 2004

                _____
                Stacey A. Scrivani