IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | No. 01-CV-05681 |
| | ) | |
| vs. | ) | |
| | ) | |
| CSI FINANCIAL, INC., | ) | |
| | ) | |
| Defendant | ) | |

\* \* \*

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF | ) | |
| MONTANA, INC. and | ) | Civil Action |
| CSI FINANCIAL, INC., | ) | No. 02-CV-03608 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MERCY HEALTH SYSTEM OF | ) | |
| SOUTHEASTERN PENNSYLVANIA, | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

NOW, this 26th day of May, 2004, upon consideration of the attached Stipulation to Extend Time which stipulation was presented May 24, 2004, _____

_____ IT IS ORDERED that the stipulation is approved.

IT IS FURTHER ORDERED that all discovery shall be completed by July 30, 2004.

IT IS FURTHER ORDERED that the parties shall have until August 30, 2004 to conduct depositions of any expert witness in these consolidated actions.

IT IS FURTHER ORDERED that in all other respects the deadlines established in the Third Rule 16 Status Conference Order of the undersigned dated February 24, 2004 shall remain in full force and effect.

BY THE COURT:

James Knoll Gardner
United States District Judge