UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA | : CIVIL ACTION<br>: Case No. 01-CV-5681 |
| Plaintiffs, | : |
| v. | : |
| CSI FINANCIAL, INC., | : |
| Defendant | : |

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC. and CSI FINANCIAL, INC. | : CIVIL ACTION<br>: Consolidated |
| Plaintiffs, | : |
| v. | : |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA | : |
| Defendant. | : |

## STIPULATION TO EXTEND TIME

Pursuant to Local Rule 7.4, it is hereby STIPULATED and AGREED by Plaintiffs Mercy Health System of Southeastern Pennsylvania, Defendant CSI Financial, Inc., and Plaintiff First National Bank of Montana that the May 25, 2004 discovery deadline and July 15, 2004 expert deposition deadline set forth in the February 24, 2004 Scheduling Order is amended as follows: the parties are to complete discovery by July 30, 2004 and experts are to be

deposed by August 30, 2004. All other dates in the February 24, 2004 Scheduling Order remain the same.

_____  
Christopher M. Brubaker, Esquire  
Kittredge, Donley, Elson, Fullem & Embick, LLP  
The Bank Building  
421 Chestnut Street  
Philadelphia, PA 19106-2416  
Counsel for First National Bank of Montana

_____  
Patrick J. Egan, Esquire  
239 S. Camac Street  
Philadelphia, PA 19107  
Counsel for CSI Financial, Inc.

_____  
Stacey A. Scrivani  
Stevens & Lee  
111 North Sixth Street  
P.O. Box 679  
Reading, Pennsylvania 19603  
Counsel for Mercy Health Systems

SO ORDERED

_____  
　　　　　　　　　　　　　　　J.

deposed by August 30, 2004. All other dates in the February 24, 2004 Scheduling Order remain the same.

_____    _____
Christopher M. Brubaker, Esquire                                  Patrick J. Egan, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP    239 S. Camac Street
The Bank Building                                                 Philadelphia, PA  19107
421 Chestnut Street                                               Counsel for CSI Financial, Inc.
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana


_____
Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems

SO ORDERED

_____ J.

deposed by August 30, 2004. All other dates in the February 24, 2004 Scheduling Order remain the same.

| | |
|---|---|
| _____ <br> Christopher M. Brubaker, Esquire <br> Kittredge, Donley, Elson, Fullem & Embick, LLP <br> The Bank Building <br> 421 Chestnut Street <br> Philadelphia, PA 19106-2416 <br> Counsel for First National Bank of Montana | _____ <br> Patrick J. Egan, Esquire <br> 239 S. Camac Street <br> Philadelphia, PA 19107 <br> Counsel for CSI Financial, Inc. |

*/s/ Stacey A. Scrivani*
Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems

SO ORDERED

_____
                                                             J.