UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF<br>SOUTHEASTERN PENNSYLVANIA<br><br>    Plaintiffs,<br><br>  v.<br><br>CSI FINANCIAL, INC.,<br><br>    Defendant | : : : : : : : : : : | CIVIL ACTION<br>Case No. 01-CV-5681 |
| FIRST NATIONAL BANK OF MONTANA,<br>INC. and CSI FINANCIAL, INC.<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCY HEALTH SYSTEM OF<br>SOUTHEASTERN PENNSYLVANIA<br><br>    Defendant. | : : : : : : : : : : : | CIVIL ACTION<br><br>Consolidated |

## WITHDRAWAL OF APPEARANCE

  Kindly withdraw the appearance of Ronald L. Williams, Esquire as counsel for Mercy Health Systems in the above consolidated actions.

            FOX ROTHSCHILD, LLP

            _____
            Ronald L. Williams
            P.O. Box 673
            Exton, Pennsylvania 19341-0673

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing Withdrawal of Appearance on the following counsel of record by first class mail, postage prepaid, as follows:

>Christopher M. Brubaker, Esquire
>Kittredge, Donley, Elson, Fullem & Embick, LLP
>The Bank Building
>421 Chestnut Street
>Philadelphia, PA  19106-2416
>Counsel for First National Bank of Montana
>
>Patrick J. Egan, Esquire
>239 S. Camac Street
>Philadelphia, PA  19107
>Counsel for CSI Financial, Inc.

Dated: May 26, 2004

/s/ Stacey A. Scrivani
Stacey A. Scrivani