<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| MERCY HEALTH SYSTEM, )<br>                  Plaintiff )<br>                        )<br>   vs.                      )<br>                        )<br>CSI FINANCIAL, INC., )<br>                        )<br>               Defendant ) | Civil Action<br>No. 01-CV-05681 |

                                          \*  \*  \*

| | |
|---|---|
| FIRST NATIONAL BANK OF )<br>MONTANA, INC. and )<br>CSI FINANCIAL, INC., )<br>                        )<br>               Plaintiffs )<br>                        )<br>   vs.                      )<br>                        )<br>MERCY HEALTH SYSTEM OF )<br>SOUTHEASTERN PENNSYLVANIA, )<br>                        )<br>               Defendant ) | Civil Action<br>No. 02-CV-03608 |

<u>O R D E R</u>

        NOW, this 3rd day of June, 2004, upon consideration of the Motion for Substitution of Real Party in Interest, which motion was filed May 18, 2004 on behalf of CSI Financial, Inc., and is unopposed,

        <u>IT IS ORDERED</u> that the motion is granted.

        <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall substitute Ross P. Richardson, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., as the real party in interest for CSI Financial, Inc. in these consolidated actions.

                                      BY THE COURT:


                                      James Knoll Gardner
                                      United States District Judge