IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MERCY HEALTH SYSTEM,               )
                                   ) Civil Action
            Plaintiff              ) No. 01-CV-05681
                                   )
      vs.                          )
                                   )
ROSS P. RICHARDSON, Chapter 7      )
Trustee for the Bankruptcy         )
Estate of CSI Financial, Inc.,     )
                                   )
            Defendant              )

                          *   *   *

FIRST NATIONAL BANK OF             )
MONTANA, INC. and                  ) Civil Action
ROSS P. RICHARDSON, Chapter 7      ) No. 02-CV-03608
Trustee for the Bankruptcy         )
Estate of CSI Financial, Inc.,     )
                                   )
            Plaintiffs             )
                                   )
      vs.                          )
                                   )
MERCY HEALTH SYSTEM OF             )
SOUTHEASTERN PENNSYLVANIA,         )
                                   )
            Defendant              )
```

O R D E R

NOW, this 3rd day of November, 2004, upon consideration of the attached Stipulation to Amend Caption, which stipulation was presented September 30, 2004,

IT IS ORDERED that the stipulation is approved.

IT IS FURTHER ORDERED that the Clerk of Court shall substitute Mercy Health System of Southeastern Pennsylvania as the correct name of plaintiff in case number 2001-cv-5681.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge