IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM, | : | CIVIL ACTION NO. 01-CV-5681 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CSI FINANCIAL, INC., | : | |
| | : | |
| Defendant | : | |
| | : | |
| | : | |
| FIRST NATIONAL BANK OF | : | Consolidated |
| MONTANA, INC. and CSI FINANCIAL, | : | |
| INC., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| MERCY HEALTH SYSTEM OF | : | |
| SOUTHEASTERN PENNSYLVANIA, | : | |
| | : | |
| Defendant | : | |

## STIPULATION TO AMEND CAPTION

It is hereby STIPULATED and AGREED by Mercy Health System of

Southeastern Pennsylvania, CSI Financial, Inc., and First National Bank of Montana that the

caption in the case of Mercy Health System v. CSI Financial, Inc., E.D.Pa. No. 01-CV-5681 will

be amended to identify the Plaintiff as Mercy Health System of Southeastern

Pennsylvania.

_____

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
421 Chestnut Street
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana

_____

Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems

_____

Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA  19107
Counsel for CSI Financial, Inc.


SO ORDERED

_____
                                                    J.

Pennsylvania.

_____
Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
421 Chestnut Street
Philadelphia, PA 19106-2416
Counsel for First National Bank of Montana

_____
Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA 19107
Counsel for CSI Financial, Inc.

_____
Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems

SO ORDERED

_____
                                              J.

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing stipulation to amend caption on the following counsel of record by first class mail, postage prepaid, as follows:

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
421 Chestnut Street
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana

Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA  19107
Counsel for CSI Financial, Inc.

Dated:  September 30, 2004

Stacey A. Scrivani