```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCY HEALTH SYSTEM,              )
                                  )  Civil Action
              Plaintiff           )  No. 01-CV-05681
                                  )
       vs.                        )
                                  )
ROSS P. RICHARDSON, Chapter 7     )
Trustee for the Bankruptcy        )
Estate of CSI Financial, Inc.,    )
                                  )
              Defendant           )


FIRST NATIONAL BANK OF            )
MONTANA, INC. and                 )  Civil Action
ROSS P. RICHARDSON, Chapter 7     )  No. 02-CV-03608
Trustee for the Bankruptcy        )
Estate of CSI Financial, Inc.,    )
                                  )
              Plaintiffs          )
                                  )
       vs.                        )
                                  )
MERCY HEALTH SYSTEM OF            )
SOUTHEASTERN PENNSYLVANIA,        )
                                  )
              Defendant           )
```

SETTLEMENT CONFERENCE SCHEDULING ORDER

NOW, this 10th day of November, 2004,

IT IS ORDERED that a settlement conference is scheduled on Monday, November 29, 2004, at 10:00 o clock a.m. at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania (courtroom to be announced).

IT IS FURTHER ORDERED that all parties to the litigation, whether represented by counsel or not, and lead trial counsel of record for each represented party, shall attend the settlement conference. In addition, unless ordered by Judge Gardner to be personally present, liability insurance company representatives with final settlement authority shall be available to counsel by telephone throughout the entire conference.

   IT IS FURTHER ORDERED that counsel shall provide Judge Gardner[1] by mail, delivery service, fax, or e-mail to be received by Judge Gardner not later than seven days prior to the conference, an informal memorandum which shall not exceed two pages in length and which shall include the following information:

1. A brief statement of the facts.
2. The party's liability contentions.
3. The party's damages contentions.
4. Enumeration of all special or liquidated damages claimed.
5. History of settlement negotiations, including all demands and offers.

   IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances. Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party. Continuance requests shall be submitted at least ten days prior to the conference on a form approved by Judge Gardner.

           By:

           _____
           CHERYL E. SINCLAIR
           Civil Deputy Clerk to
           Judge James Knoll Gardner
           Phone: (610) 434-3457

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, PA 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov