<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| MERCY HEALTH SYSTEM OF ) <br> SOUTHEASTERN PENNSYLVANIA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ROSS P. RICHARDSON, Chapter 7 ) <br> Trustee for the Bankruptcy ) <br> Estate of CSI Financial, Inc., ) <br> ) <br> Defendant ) | Civil Action <br> No. 01-CV-05681 |

\* \* \*

| | |
|---|---|
| FIRST NATIONAL BANK OF ) <br> MONTANA, INC. and ) <br> ROSS P. RICHARDSON, Chapter 7 ) <br> Trustee for the Bankruptcy ) <br> Estate of CSI Financial, Inc., ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> MERCY HEALTH SYSTEM OF ) <br> SOUTHEASTERN PENNSYLVANIA, ) <br> ) <br> Defendant ) | Civil Action <br> No. 02-CV-03608 |

<u>O R D E R</u>

NOW, this 18th day of November, 2004, upon consideration of the attached Stipulation to Extend Time, which stipulation was presented November 12, 2004,

<u>IT IS ORDERED</u> that the stipulation is approved.

<u>IT IS FURTHER ORDERED</u> that Mercy Health System of Southeastern Pennsylvania shall have until November 24, 2004 to respond to the First National Bank of Montana's Motion for Partial Summary Judgment on Liability.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge