IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, : <br> : Plaintiff : <br> : <br> v. : <br> : <br> ROSS P. RICHARDSON, Chapter 7 Trustee : <br> for the Bankruptcy Estate of CSI Financial, : <br> Inc., : <br> : <br> Defendant : | Civil Action <br> No. 01-CV-05681 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*\*\*  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, : <br> INC. and ROSS P. RICHARDSON, Chapter 7 : <br> Trustee for the Bankruptcy Estate of CSI : <br> Financial, Inc., : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> MERCY HEALTH SYSTEM OF : <br> SOUTHEASTERN PENNSYLVANIA, : <br> Defendant : | Civil Action <br> No. 02-CV-03608 |

## ORDER

AND NOW, this ____ day of _____, 200_, upon consideration of First National Bank of Montana's Motion for Summary Judgment on Contract Interpretation, and Mercy Health System of Southeastern Pennsylvania's response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT

_____
Gardner, J.

SL1 492714v1/30512.005