2



# CSI Financial, Inc.

Doug Smith
VP Financial Services
Mercy Health System
1 West Elm St
Conshohocken, PA  19428

Dear Doug,

As per our telephone conversation today, I have enclosed the additional information you requested on CSI's Fast Trac program. This program will greatly assist your facility in eliminating problems you are currently experiencing with patient self-pay accounts. Please keep in mind, we are not a collection agency. Fast Trac will integrate with your existing billing procedures and greatly reduce losses you are experiencing now. This program will give you 92% of the entire account within three (3) days for all self-pay patients that qualify (usually 60-75%). This includes patients that have a balance after their insurance pays. We do this on a weekly or monthly basis depending on volume. The process is electronic and simple.

Also included in the packet is information on our older, application based, program the Patient Plan. The Patient Plan requires the patient to fill out and return an application. We have found through experience this program is effective but the Fast Trac electronic program is much more efficient by eliminating the need for a patient application. We are currently phasing out the application program. With CSI's program you retain full control. You choose which accounts to place on the program, and at what time.

Doug, to get an idea of the positive impact this program can have on your facility, multiply the total of your patient self-pay accounts (*all* accounts that there is a balance that the patient is responsible for) by .5 (or 50%). We can have (at least) that amount in your bank account within three (3) days of the download to our system. If your figure was correct (9 million), we can have at least 4.5million in your account within days. Usually it is much more (60-75%). I am unsure how many accounts will be affected by the lack of social security numbers. We can still pull a beacon score/report based on other information (name, address, etc) but it must be current.

003227

Doug Smith
VP Financial Services
Mercy Health System

Please give me a call after you have evaluated the packet so we can arrange an appointment to discuss the program in greater detail. Otherwise, feel free to call with any questions you may have (1-800-775-1474).

Sincerely,

Pete Parsons
Director of Health Care Services
www.CSIFinancial.com

003228

# CSI Financial, Inc.

RECEIVED
SEP 1 1999

Date: 09/01/99

Time: 8:30 AM (MST)

Fax Number:    1-406-442-2524

Phone Number:    1-406-442-4475
1-800-775-1474

Please deliver the following __5__ pages, including this page, to:

Name: Doug Smith — VP Financial Services

Fax Number: 610-587-6611

From: Pete Parsons

Message: Included is some additional information on

our program. I hope CSI can assist your facility

in this outsourcing of self-pay / co-pay A/R's.

Thanks Doug

PS Large packet on its way. Should have

by C.O.B. Wed.

*********************************************************

003220

HANDLING INSTRUCTIONS:

High Priority (Deliver Immediately): _____

Normal Processing: ✓

********************************************************

If there is a problem with this transmission, please dial
800-775-1474 or 406-442-4475 and ask for __Pete__

100 N. Park Ave. • P.O. Box 182 • Helena, MT 59624 • (406) 442-4475 • Fax (406) 442-2524 • 1-800-775-1474



# *CSI Financial, Inc.*

09/01/99
Doug Smith
VP Financial Services
Mercy Health System
1 West Elm St
Conshohocken, PA 19428

003330

Dear Doug,

The following is a copy of my form letter for your records.

Adding CSI's Fast Track program to your current self-pay receivable policy will dramatically improve your cash flow and reduce losses. To get an idea of the positive impact this program can have on your facility, multiply the total of your patient self-pay accounts (*all* accounts that there is a balance that the patient is responsible for) by .5 (or 50%). We can have (at least) that amount in your bank account within three (3) days of the download to our system. Usually the amount is much higher (60-75%). Fifty hospitals and health systems in twelve states have already integrated Fast Track into their programs. I hope you will take a brief minute to read this letter and possibly share it with others that have an interest in your self-pay accounts at Mercy Health System.

We are not a collection agency. Our program was developed, at the request of several western hospitals, to improve current payment policy and as an alternative to collections. These hospitals were tired of writing off such large amounts of money through extended billing and collections. By financing the self-pay portion (including the balance on an insured visit after the insurance company pays) of the receivables for the patient, CSI reduces loss. You receive your payment today, and the patient has time to deal with these unexpected medical expenses. The entire process is completed electronically with no need for a patient application. CSI can download all your self-pay accounts, score, and approve all qualified accounts (typically up to 75%) in just a few minutes. Our bank, within three (3) working days, will electronically transfer the funds to your account. We do this process on a weekly or monthly basis, depending on your volume. We presently do business in twelve western states with over fifty institutions. Our hospital and health system clients have placed many millions of dollars on our Program.

Our Fast Trac program is the result of eight years of continued refinement. By including recommendations from several hospitals during the initial development of the Fast Trac, we have created a program that will give Mercy Health System a competitive edge. Choosing this program will assist your facility by converting self-pay accounts on the books into cash. There will also be a large workload reduction in your billing department. This gives your staff more time to track insurance payments and work problem accounts identified by our scoring and approval procedure. The Fast Trac pays you 52 cents on the dollar for every qualified account. This

100 N. Park Ave. • P.O. Box 182 • Helena, MT 59624 • (406) 442-4475 • Fax (406) 442-2524 • 1-800-775-1474

D          A          T          A          C          E          N          T          E          R

09/01/99
Doug Smith
VP Financial Services
Mercy Health System

003231

program will typically reduce your self-pay accounts by up to 75%.

Accounts that are not approved for Fast Trac (patient deceased, incorrect social security number, *extreme* credit problems) would continue to be handled as you do now. Accounts that are approved and transferred but later are deemed uncollectable after 90 days and many billing attempts (personal contact and reduced payments options included) are returned under the recourse provision. These accounts will include full documentation of our billing attempts and are ready to outsource to collections. Current average recourse percentage under Fast Trac program is less than four percent (4%). You will not owe more than CSI paid for any account. We take responsibility for any extra expense so you can be sure recourse is our last resort. The recourse provision gives CSI the ability to accept accounts that no other institution would even consider. Establishing a five percent (5%) reserve fund from CSI payments to your facility would more than cover any possible recourse accounts.

Doug, to see how CSI can assist your facility, determine at what point it becomes profitable to outsource a self-pay account at a cost of eight percent. Then simply integrate our Fast Trac program at that point in your current policy. Although many of our hospital clients are integrating a day one program (accounts are sent to CSI the same day it is determined there is a self-pay portion), others have chosen different options. Your choices will depend on your current policy and needs. Once on the program, you retain full control of which accounts to send, if any, to CSI.

I would like to schedule a meeting to go over our program with you in more detail. As I stated previously, we already assist over fifty hospital and health system clients. I am sure Fast Trac can also benefit your facility.

Please take a minute to call one of the enclosed references. If you would like more information, call me at 1-800-775-1474.

Sincerely,

Pete Parsons
Health Care Services Director
www.CSIFinancial.com



# CSI Financial, Inc.

### REFERENCES FOR CSI FINANCIAL

003232

1. Baptist St. Anthony's Hospital
   200 NW 7th St.
   Amarillo, TX 79176

   Contact: Stephanie Gregory
   806-378-5816

2. Tucson Medical Center
   5301 Grant Rd
   Tucson, AZ 85712

   Contact: Jess Martinez
   520-324-5922

3. Boulder Community Hospital
   P.O. Box 9130
   Boulder, CO

   Contact: Hank Rem
   303-544-5750

   *HANK IS FROM PA AND WORKED IN PITT FOR A LARGE HOSPITAL. HE IS FAMILIAR WITH OUR FAST TRAC PROGRA AND WITH PA DEMOGRAPHIC: CALL HIM TO SEE HOW A CLIENT FEELS ABOUT THE PROGRAM.*

4. Central MT Medical Ctr.
   408 Wendall Ave.
   Lewistown, MT 59457

   Contact: Grace Ruggles
   406-538-6236

5. St. Joseph's Regional MC
   415 Sixth St.
   Lewiston, ID 83501

   Contact: Susan Colburn
   208-799-5200

6. Bryan Memorial Hospital
   1600 S 48th St.
   Lincoln, NE 68506

   Contact: Susan Johnson
   402-483-8458

7. St. Vincent's Hospital
   1233 N. 30th
   Billings, MT 59107

   Contact: Kathy Schmock
   406-657-7828

8. All Saints Health Systems
   P.O. Box 31
   Ft. Worth, TX 76101

   Contact: Jeanne Lindsey
   817-922-2922

9. Altru Hospital
   1200 S Columbia Rd
   Grand Forks, ND 58206

   Contact: Jim Novak
   701-780-5221

07/02/99



C S I   F I N A N C I A L   I N C
100 N. PARK ST. - P.O. BOX 182
HELENA, MONTANA    59624-0875
800-775-1474  <>  406-442-4475

| MINIMUM PAYMENT DUE | PAST DUE AMOUNT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | PLEASE WRITE IN AMOUNT OF PAYMENT ENCLOSED |
|---|---|---|---|---|---|
| 37.87 | .00 | 6/06/97 | 946.83 | 1-00080-096 | $ |

PLEASE DETACH AND ENCLOSE
TOP PORTION WITH PAYMENT

*Sample Patient Statement*

1-00080-09-6    CS#01
JOHN DOE
1639 STINER AVE
COEUR D'ALENE  ID  83814

003233

*Toll Free # to call CSI (not you)*
*if want to reduce your worries*

Telephone No. 406/442-4475  800/775-1474

| ACCOUNT NUMBER | CREDIT LIMIT | AVAILABLE CREDIT | DAYS IN BILLING CYCLE | BILLING CYCLE CLOSING DATE | PAYMENT DUE DATE | MINIMUM PAYMENT DUE |
|---|---|---|---|---|---|---|
| 1-00080-096 | | | 30 | 5/16/97 | 6/06/97 | 37.87 |

| DATE OF TRANS / POST | | CHARGES PAYMENTS AND CREDITS SINCE LAST STATEMENT  CLIENT & NAME | AMOUNT |
|---|---|---|---|
| 0916 0916 | #J6265227 | ST JOSEPH REGIONAL MED CTR | |

*Your Facility Acct #*

*Patient can combine multiple accts. from multiple facilities*

| PREVIOUS BALANCE | PAYMENTS | CREDITS | NEW CHARGES | DEBIT ADJUSTMENTS | | NEW BALANCE |
|---|---|---|---|---|---|---|
| 975.30 | 40.00 | .00 | .00 | .00 | 11.53 | 946.83 |

Use enclosed envelope and make payment to:
FIRST NATIONAL BANK
LOAN DEPARTMENT
P.O. BOX 1588
LIBBY, MT. 59923-1558

Send inquires to: CSI FINANCIAL PO BOX 182 HELENA MT 59624

MAY 22, 1997

| | UNDER RATE CHANGE POINT | DOLLAR POINT AT WHICH RATES CHANGE | OVER RATE CHANGE POINT | 1 Total Current Billing Cycle Purchases | 2 if Annual Balance of Prorated Billing Cycle Purchases |
|---|---|---|---|---|---|
| | PURCHASES | | PURCHASES | | |
| MONTHLY PERIODIC RATES | 15.00% 1.25% | NA | NA NA | .00 | 0.00 |

If the New Balance is paid in full by the Payment Due Date no FINANCE CHARGE will be imposed on New purchases (Current Billing Cycle Purchases)

CS

NOTICE: See reverse side for important information.

*Letter X Client*
05/04/99

SAMPLE NOTIFICATION LETTER -
( GOES ON YOUR LETTER HEAD )

BOULDER DOE
PO BOX 9130
BOULDER, CO 80301

003234

Balance:     $1234.00        Account #: 123456789

Thank you for choosing Boulder Community Hospital as your health
care provider. We are constantly striving to improve and maintain
the high quality of service that you have come to expect. In order
for us to contain the rising costs involved with servicing and billing
our patients, we are pleased to announce that we have recently retained
the services of CSI Financial and the First National Bank of Montana.

CSI Financial will handle all of the future billing and customer service
questions on the self pay and balance after insurance portion of our
qualified accounts. CSI is a receivable management company and should
not be confused with a collection agency. The First National Bank will
fund the program and handle all payments.

Your account with us will be assigned to CSI and the Bank within the next
couple of days. You should shortly receive a letter and a statement
from CSI that confirms that the account transfer has taken place. The
letter will also explain your payment options and requirements. Future
hospital visits can be combined with your CSI account so that you only
have to make one monthly payment on your account.

Sincerely,

Business Office

# THE CSI FINANCIAL PROGRAMS

CSI Financial has been in the patient account financing and receivable management business for a number of years. We are presently financing patient accounts for hospitals in twelve states. Our programs have continued to change and evolve into what we consider to be the best patient financing program on the market today.

Our new FAST TRAC program is a completely electronic process that allows health care providers to place large numbers of patient self pay accounts on our program. We do not require applications or other forms. We work with your staff to customize the notification process that best meets the requirements of your facility.

It is our belief that the CSI programs meet the needs of your patients as well as providing you with the benefits and savings that go with our programs. We have attempted to present our programs in a step by step basis that should help you in evaluating our program as well as local bank programs.

Thank you for taking the time to review this material. Please feel free to call us at 1-800-775-1474 with any questions you may have.

Sincerely,

Robert M. Jaeb
President

003235

# Table of Contents



**1**    GOALS AND OBJECTIVES

**2**    COST CONTAINMENT & CASH FLOW

**3**    PATIENT RESPONSE

**4**    LOCAL COMPETITION

**5**    WHAT TO LOOK FOR IN A PROGRAM

**6**    CSI GENERAL INFORMATION

**7**    SAMPLE LETTERS

**8**    003236

AVERY®    READY INDEX® INDEXING SYSTEM

# Notes

00323?

# GOALS AND OBJECTIVES

Based on the experience that we have gained from dealing with Health Care Providers in twelve states, we have endeavored to anticipate the goals and objectives that Health Care Providers are researching in the area of cost containment. Likewise, we have also attempted to anticipate any questions you may have.

1. **COST CONTAINMENT AND INCREASED CASH FLOW**

   **A. Most facilities can identify internal areas where cost savings can be achieved.**

   The question that you have to ask is whether the cuts and reductions will effect your cash flow in a negative manner. Unless you utilize an outside source you may experience problems in this area.

   **B. Increase our cash flow by utilizing an outside organization.**

   **(1) What will the effect be on our cash ?**

2. **WHAT WILL BE THE RESPONSE FROM OUR PATIENTS IF WE USE AN OUTSIDE BILLING AND FUNDING SOURCE ?**

3. **WHAT IS THE COMPETITION DOING ?**

4. **WHAT ORGANIZATIONS ARE AVAILABLE TO US AND WHAT ARE THE DIFFERENT PROGRAMS THAT THEY OFFER ?**

   **A. Will we endeavor to place all of our accounts on a particular program ?**

   **B. Why should we qualify or score accounts ?**

5. **CAN FUTURE VISITS BE ADDED TO THE ACCOUNT ?**

6. **HOW WILL THE RECOURSE BE HANDLED ?**

003233

# Notes

003235

# COST CONTAINMENT AND INCREASED CASH FLOW

The utilization of an outside billing and funding source can have a major impact on your cash flow and cost reduction or containment procedures. We have asked Mike Lopach from the accounting firm of Galusha and Higgins to do a cost analysis of the savings you can expect by utilizing our program. Please refer to Mr. Lopach's letter for a complete breakdown of the estimated savings. As you can see, you will experience a dramatic reduction in postage and other billing related costs. You will also experience a reduction in labor costs.

- You can also increase your cash flow by freeing up your staff's time. Since the majority of your accounts can be transferred onto our financing program, your existing staff will have the time to concentrate on large or problem accounts.

- Problem accounts will quickly be identified. If the problem cannot be resolved, the account can be written off to charity or referred to your local collection agency.

- Your staff will also have the time to trace insurance company payments and to provide your patients with additional attention if the need arises.

- Our program also allows you to use your cash immediately. You may want to purchase other revenue producing equipment or simply invest the money until you have a future need for the cash. You may want to pay off bank notes or bonds.

We believe that our program will have a major effect on profitability and the year end financial statements.

003240



# GALUSHA
# HIGGINS &
# GALUSHA

A PROFESSIONAL CORPORATION

CERTIFIED PUBLIC ACCOUNTANTS
POST OFFICE BOX 1699
ARCADE BUILDING
111 NORTH LAST CHANCE GULCH
HELENA, MONTANA 59264
TELEPHONE 406/442-5520
FAX 406/443-1017

October 30, 1997

File: 41.6335
12/31/97

Mr. Robert Jaeb, President
CSI Financial, Inc.
P.O. Box 182
Helena, Montana 59624

Dear Bob:

We have recently been discussing your company's business whereby you, in effect, purchase accounts receivable from a health care provider at a discount or 8%. Our discussions have focused upon the 8% discount and whether it is reasonable for an organization to accept 8% less in order to receive cash today.

In attempting to show the advantage of accepting the discounted payment, we have agreed to use the following assumptions:

1. The cost of money to the organization is 9.25%.

2. We will use receivables with a face value of $1,000,000 which your company would purchase for $920,000.

3. The average balance of these receivables would be $500, so that the $1,000,000 would include approximately 2,000 individual accounts.

4. The collection cycle for the $1,000,000 would be a two and one-half year period, with payments being made evenly over that time frame.

5. It would take one collection department employee at a wage of $8.50 per hour, to work these accounts.

6. The cost of statements and postage is $2.00 per statement per month.

003241



Page 2
Mr. Robert Jaeb, President
CSI Financial, Inc.
October 30, 1997

The savings to an organization which could be generated by taking advantage of your program can be estimated as follows:

| | | |
|---|---|---|
| Cost of money  $920,000 X 9.25% X 2.5 years X 50%<br>(receivable would be collected ratably over<br>the two and one-half year period) | | $106,375 |
| Cost of statements eliminated -2,000 statements<br>X $2.00 X 75% (some accounts would be paid<br>off prior to three years) X 30 months | | 90,000 |
| Eliminate one collection position 2,080 hours<br>X 2.5 years X $8.50 per hour | $44,200 | |
| Benefits at 15% | 6,630 | |
| | | 50,830 |
| Total savings (over 2.5 years) | | 247,205 |
| Less initial discount | | 80,000 |
| Net savings realized (over 2.5 years) | | **$167, 205** |

This computation does not consider other savings which would be realized, such as reduced management time, reduced demand upon computer resources, smaller collection  fees, etc.

We realize that this analysis is only as good as the assumptions which you and I have made. However, it should provide you with a beginning point for meaningful dialogue with your potential customers.

Please contact me if we can be of further assistance.

Sincerely,

*Mike Lopach*

MIKE LOPACH
MAL/jls.

003242

Notes

003245

# PATIENT RESPONSE

It has been our experience that the vast majority of your patients will respond favorably to the CSI Program. They welcome the chance to make extended monthly payments as well as combining their health care bills. There are a number of things that your staff can do to make the transition easier for your patients.

- Your credit policy should be revised to reflect the fact that all of your qualified accounts will be turned over to CSI after a specified time frame.

- All of your patients should be notified of your credit policy requirements in writing. We can assist you with this notification as well as provide you with sample forms that other providers are using.

- CSI will call your qualified accounts and explain the options available to your patients if you so desire. We also review with them the payment requirements expected of them and ascertain what time of the month that they want to receive their statements.

- You want to emphasize the fact that you are also concerned about their financial health and that the CSI program gives them the time they need to pay their bills.

- Your patients will like the fact that they can add on new charges or combine their medical bills from several different providers.

In general your patients want to pay their medical bills. However medical expenses are not a planned expense and in most cases they just need some extra time to pay their account. Our program gives them this time.

003244

003245

# WHAT IS THE COMPETITION DOING ?

It is interesting that providers do not want to be the first organization in an area to adopt our program because their local competition might not use the program. If our program can help you cut costs, increase your cash flow and provide an additional service to patients, you will have the advantage over your competition.

It is quite possible that a number of your patients are already taking advantage of our plan at another facility. CSI Financial handles approximately 50 hospitals and clinics in twelve western states. Our customers range from small community hospitals to large University Hospitals. We have a national contract with Lutheran Health Services that covers all of their hospitals. We deal with both Religious and private facilities. We are also in the discussion stage with several very large hospitals in other states , for example the Health One group in Colorado. Please refer to our reference list for a sampling of the hospitals on our program in the various states.

The main question to ask yourself is whether you want to improve your cash flow as well as the efficiency of your organization. Those facilities that control their expenses and maximize their cash can take advantage of opportunities that other facilities are not in position to offer.

You may also want us to offer our program to groups of doctors that utilize your facilities. Our program may help you establish closer ties with such groups. This maybe all of the competitive edge that you need.

003248



# CSI Financial, Inc.

## REFERENCES FOR CSI FINANCIAL

1. Baptist St. Anthony's Hospital
   200 NW 7th St.
   Amarillo, TX 79176

   Contact: Stephanie Gregory
   806-378-5816

2. Tucson Medical Center
   5301 Grant Rd
   Tucson, AZ 85712

   Contact: Jess Martinez
   520-324-5922

3. Boulder Community Hospital
   P.O. Box 9130
   Boulder, CO

   Contact: Hank Rem
   303-544-5750

4. Central MT Medical Ctr.
   408 Wendall Ave.
   Lewistown, MT 59457

   Contact: Grace Ruggles
   406-538-6236

5. St. Joseph's Regional MC
   415 Sixth St.
   Lewiston, ID 83501

   Contact: Susan Colburn
   208-799-5200

6. Bryan Memorial Hospital
   1600 S 48th St.
   Lincoln, NE 68506

   Contact: Susan Johnson
   402-483-8458

7. St. Vincent's Hospital
   1233 N. 30th
   Billings, MT 59107

   Contact: Kathy Schmock
   406-657-7828

8. All Saints Health Systems
   P.O. Box 31
   Ft.Worth, TX 76101

   Contact: Jeanne Lindsey
   817-922-2922

9. Altru Hospital
   1200 S Columbia Rd
   Grand Forks, ND 58206

   Contact: Jim Novak
   701-780-5221

003247

07/08/99

100 N. Park Ave. • P.O. Box 182 • Helena, MT 59624 • (406) 442-4475 • Fax (406) 442-2524 • 1-800-775-1474

D          A          T          A          C          E          N          T          E          R



# CSI FINANCIAL PARTICIPANTS

## OR CONTRACT PENDING

003240

# Notes

003243

# WHY SHOULD WE USE CSI FINANCIAL ?

003250

Part of your decision making process will be to choose a company or bank that you want to finance your accounts. You will undoubtedly receive some pressure to use a local bank. However most local banks do not have a program to handle this type of financing. Banks in general are looking to acquire loans that have notes with fixed monthly payments. They are also not prepared to help you design your system and to handle patient notification.

Here is a list of areas that you should consider:

- Does the company or bank have an existing medical financing program in place or do they have to design a program ?

- What hospitals or clinics utilize their program ?

- Is the program a closed end loan that requires a fixed monthly payment or is it a revolving finance program like CSI's ? You will want to give your patients the ability to add future visits to their loan account without redoing the loan.

- Will the patient be charged a loan setup fee ?

- Can the accounts from several different providers be combined into one simple account for the patient ?

- Do they have the ability to handle the qualification process for thousands of accounts in a short time period ?

- Can the entire process be done electronically ?

- What is their recourse percentage for accounts that you are required to repurchase ?

- Will you be charged interest on accounts that are returned to you ?

003251

- Could you end up owing the bank more money on a recoursed account than the original transaction involved ?

- What are their procedures on delinquent accounts ?

- Will they give you a detailed activity report on accounts that are recoursed back to you ?

- Do they have experience or interest in helping your staff in designing your internal credit policies ?

- Do they call each account if possible and advise them of the account placement on their program ?

- Do they have the ability to place the account in a billing cycle that meets the needs of your patients ?

- How will customer service questions be addressed ?

- What are their minimum monthly payment requirements ?

- What is the minimum balance the bank will accept ?

**CSI has a proven track record that demonstrates our ability to meet your financing needs. We also meet the needs of your patients. Since this is our only business, we are very careful to maintain the goodwill of both you our customer, as well as your patients.**

**What is the CSI approach to these areas:**

003252

- CSI has a proven track record in the field of financing medical receivables. Since this is our only business, we work hard to make sure that the needs of our customers and their patients are met. We can provide you with flexibility rather than the rigidity of banks.

- CSI presently has approximately 50 hospitals and clinics utilizing our program in twelve states.

- The CSI Program is a revolving loan program similar in nature to a bank card or a department store charge card.

- CSI does not charge a loan origination fee or any set up fee to your patients.

- The CSI Program allows your patients to combine charges from future visits at your facility as well as other providers.

- We have a proven track record that demonstrates that we can handle many thousands of accounts in the qualification process in a very short period of time.

- CSI can offer you a completely electronic program from start to finish.

- At the present time our recourse percentage for those providers that use the FAST TRAC program is approximately 2%.

- CSI is responsible for all of the interest and late charges that exceed the original amount of each account that has been placed on our program.

- The CSI staff endeavors to work with the plan participants as much as possible to keep the accounts current. We rely on the use of telephone calls rather then letters. We are very cognizant of the rules governing telephone collection calls. We do not use any hard collection techniques. We do not want to upset your patients over any calls or letters.

- If an account is recoursed back to you, we will give you a copy of our complete collection activity record.

- Our staff has the ability to help you design your credit policy.

- CSI endeavors to call all of your patients that will be placed on our program to make sure that they understand the program. We also double check with them to make sure that they can make the minimum monthly payment as well as what time of the month they will want their statement.

- CSI endeavors to handle all questions regarding the monthly billing of accounts. If the patient has a question related to the provider that we cannot answer, we will either call you and get the answer or we will refer them to you.

- The minimum monthly payment requirement is 4% of the unpaid balance each month or $20.00 depending on which is greater.. For example we would expect a minimum payment of $40.00 on a account with a $1,000.00 balance. If necessary, we can reduce the minimum to 3% of the outstanding balance. We also have the ability to set fixed monthly payments if your patient so desires.

- CSI requires a minimum balance of $200.00 to open an account on our program. We do not have a minimum balance on additional charges to the account.


003253

# Notes

003254

003255

# PP Patient Plan

**A patient
financing program
for
healthcare providers**

# CSI





# The CSI Financial Programs

CSI'S PATIENT PLAN© finances accounts receivable for the medical community. The program impacts your bottom line by cutting administrative costs and improving cash flow.

Within three working days, participating medical facilities get 92% of the outstanding balance on qualified patient accounts. CSI handles all of the billing, monitoring and collection.

AND IT'S ALL ELECTRONIC — there's no effort on your part. Just e-mail your data or download it directly into CSI's computer systems. CSI can handle all the point scoring, communication and servicing of your self-pay accounts.

CSI Financial has managed patient account financing and receivables for hospitals since 1992. Today we finance patient accounts for medical facilities in 12 states. Our programs have developed into the best patient financing program on the market.

OUR FAST TRAC© SYSTEM is a completely electronic process that allows health care providers to place large numbers of patient self-pay accounts on our program. We do not require applications or other forms. We customize the notification process to meet the needs of your facility.

CSI programs meet the needs of your patients while they provide you with benefits and savings. A full explanation of how the program works is available in a handy notebook.    003258

SERVICE SEPARATES CSI Financial from our competitors. Our sales, training, conversion and management staff exist only to help you. Just call us at (800) 775-1474 or drop an e-mail message to us at *csifin@aol.com* and we'll make sure you get a full explanation of our program.



# CSI FINANCIAL FAST TRAC ©
# PROGRAM

The new CSI FINANCIAL FAST TRAC © program has been designed to increase the number of accounts that can be placed on our financing program. This program does not require an application from your patient. Our requirements are simple:

- **QUALIFYING SCORE OF 640 OR HIGHER ON CREDIT REPORT**

- **EMPLOYMENT OR RETIREMENT INCOME**

- **STATEMENT BALANCE**

- **PATIENT DEMOGRAPHIC INFORMATION**

- **NOTIFICATION TO YOUR PATIENTS OF YOUR CREDIT POLICY**

The implementation of this program will dramatically reduce your outstanding account balances and increase your cash. Your staff will be able to concentrate their efforts to specific accounts. Plus your monthly statement related expenses will be reduced.

Patients will find that your new credit policy will offer them affordable monthly payments that ease the financial strain unexpected medical expenses can cause.

Please give us a call at 1-800-775-1474 for more information on our program as well as a list of references.

# WHAT SPECIAL SERVICES DOES CSI PERFORM TO EARN ITS FEE ?

The following is a list of the services that CSI Financial performs for its clients:

1. We will request a A/R run from you on those accounts that your patient is responsible for the balance or remaining balance.

   A. We will pull credit reports on each one of these accounts on your behalf.
   B. Each account that meets our criteria will be sent a letter that you have pre-approved.

2. One of our staff members will be on site to train your staff on the presentation of our program to your patients. This will include but is not limited to your patient accounts staff, financial counselors and admit staff.

3. We will attempt to call everyone of your patients that has received the letter. We will ascertain which method of payment that they have chosen. Please refer to the sample letter in your packet.

   A. We will also have your staff make several calls so that they become accustomed to the program.
   B. We will provide your staff with work sheets on each one of your accounts. It will indicate the results of our telephone calls.
   C. **You are not charged a fee for any account that pays you in full or selects your internal program.**

4. CSI Financial will do all of the monthly billing, on behalf of the bank, of the accounts placed on our program.

5. We will handle all of the customers service questions and problems.

6. We also will handle those accounts that become delinquent in paying the BANK. Please keep in mind that the recourse agreement also has an effect on us since we are responsible for 8% of the balance..

   (1) We will make the collection calls on accounts when they become delinquent.
   (2) We send out all notices.
   (3) If possible, all final letters on delinquent accounts shall state that the account will be sent to a collection agency.

7. We will keep you informed of any enhancements to our program as well as periodically help train your new staff if necessary.

8. CSI and its BANK are responsible for all costs associated with the monthly billing and collection activities on the accounts they purchase.

9. You will be responsible for the costs of credit reports, hospital stationary and envelopes, as well as postage used for the qualifying letters.

000250



# Features of our Program

## High Acceptance Levels

A finance program is only as good as its acceptance rating. In some regions, 75-80% of patients looking for extended payments have been accepted for financing through the CSI Patient Plan. This patient-friendly program will notify your customers of billing options, monitor the status of your self-pay accounts and move them onto the CSI program at specified time intervals.

## Immediate Qualification

CSI Financial provides you with software and training so you can qualify patients *in-house within 30 seconds*. We use the Beacon scoring system by Equifax which allows you to qualify patients for financing on the spot. Patients do not need to provide references or financial disclosure. If a patient meets the benchmark point score criteria, he or she is automatically accepted for financing.

## You Just Download the Data

Many CSI clients electronically download their self-pay accounts weekly, monthly or semi-monthly. CSI handles all of the scoring and lets you know which accounts are acceptable. We can handle thousands of accounts in each batch.

## Strong Service Support

With the CSI Patient Plan, you receive the most comprehensive, efficient and effective patient financing program on the market. We designed this program to meet the needs and desires of the healthcare providers we serve.

## It Makes Money for You

You get to use your cash immediately, meaning you can purchase other revenue-producing equipment or invest the money until you need the cash. You also free up your staff's time. The majority of your accounts can be transferred automatically to our program, allowing your staff additional time to concentrate on other matters.

CC3260



# CSI

# Meet Our Satisfied Customers



**More than 50 hospitals and medical facilities use our Patient Plan to improve cash flow and ease administrative chores. Here are just a few of them.**

All-Saints Health Systems, Fort Worth, TX

Altru Health Systems, Grand Forks, ND

Baptist St. Anthony's, Amarillo, TX

Bryan Memorial Hospital, Lincoln, NE

Carondelet St. Mary's, Tucson, AZ

Central Montana Medical Center, Lewistown, MT

Chandler Regional Hospital, Chandler, AZ

El Camino Hospital, Mountain View, CA

Kalispell Regional Hospital, Kalispell, MT

Mary Lanning Memorial Hospital, Hastings, NE

McKee Medical Center, Loveland, CO

North Colorado Medical Center, Greeley, CO

North Valley Hospital, Whitefish, MT

Saddleback Memorial Hospital, Laguna Hills, CA

St. Vincent Hospital, Billings, MT

St. Joseph's Regional Medical Center, Lewiston, ID

Tucson Medical Center, Tucson, AZ

*Call us for the names and telephone numbers at these locations*



Interested? Contact CSI At:
CSI Financial Inc.
P.O. Box 182
Helena, MT 59624
(406) 442-4475 or (800) 775-1474 FAX (406) 442-2524
E-mail csifin@aol.com

©1999 CSI Financial Inc.