10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br>            Plaintiff,<br><br>     -vs-<br><br>CSI FINANCIAL, INC.,<br>            Defendant.<br><br>FIRST NATIONAL BANK OF MONTANA, INC., and CSI FINANCIAL, INC.,<br>            Plaintiffs,<br><br>     -vs-<br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br>            Defendant. | CIVIL ACTION<br>Case No. 01-CV-5681<br><br><br><br><br><br><br><br>CIVIL ACTION<br>Consolidated<br><br>COPY |

### DEPOSITION OF NEYSHA ANN HUMPHREYS

Heard at the offices of Lesofski & Walstad Court Reporaing
21 North Last Chance Gulch, Suite 201
Helena, Montana
July 14, 2004
9:03 a.m.

CHRISTINE D. LIVELY, RPR
Lesofski & Walstad Court Reporting
21 North Last Chance Gulch, Suite 201, Placer Center
Helena, Montana  59601  (406) 443-2010

Page 149

1 findings?
2 A. I did.
3 Q. And who was that report given to?
4 A. The CEO and the Audit Committee and the board.
5 Q. Anybody else?
6 A. No.
7 Q. Do you know if anybody else, to date, has seen
8 that report?
9    MR. DAY: Besides counsel?
10   MS. SCRIVANI: Besides counsel.
11   THE WITNESS: I do not. I know that the
12 external auditors have seen it and the OCC examiners
13 have seen it.
14 Q. (By Ms. Scrivani) Who are the OCC examiners?
15 A. Office of the Comptroller of the Currency, our
16 regulators. And I don't remember which examiners were
17 on that exam.
18 Q. That was my question, did you know their names
19 specifically?
20 A. I do not remember who was on that exam.
21 Q. You don't.
22    And when you say that exam, what exam are you
23 talking about? Is there a time period?
24 A. We are examined every 18 months by the OCC. They
25 come in-house. However, the report -- and they review

Page 150

1 our minutes, yeah, when they come in.
2 Q. But your understanding that the OCC examiners have
3 seen the report that you prepared as a result of your
4 November 2001 review?
5 A. Yes.
6 Q. How do you know that they have seen it?
7 A. Because they review the minutes to the board of
8 directors' meetings and it's an attachment to the Audit
9 Committee report in the board of directors' meeting
10 packet.
11 Q. Anybody else?
12 A. Not that I know of. Oh, well, there's the
13 compliance officer, who is the CFO.
14 Q. The bank's CFO?
15 A. The bank's CFO and President Partain's assistant.
16 Q. Anybody else?
17 A. Not that I know of.
18 Q. Do you know if the OCC examiners also saw your
19 Procedure and Activities document?
20 A. Yes.
21 Q. They did see it?
22 A. Yes.
23 Q. Do you know if the OCC examiners saw your work
24 notes?
25 A. I do not.

Page 151

1 Q. Is that something that they would ordinarily have
2 access to?
3 A. They would have access to, but they usually will
4 review workpapers on a random selection basis. They
5 don't every exam come in and review all my workpapers.
6 Q. Was there anything else that you prepared as a
7 result of your November 2001 review?
8 A. There was electronic spreadsheet with the field
9 work detailed on it. The report and the findings are a
10 summary of what's in those spreadsheets.
11 Q. Who would have seen the electronic spreadsheet?
12 A. I don't know because I don't know if it's in with
13 the stuff that went to the attorneys or not.
14 Q. Let me back up. With respect to the people you
15 listed as having seen your report?
16 A. Oh, none -- no, none of them.
17 Q. None of those people have seen it?
18 A. No.
19 Q. Including the OCC examiners?
20 A. Correct. If they reviewed the workpapers, they
21 would have seen them. If they didn't review the
22 workpapers, they would not.
23 Q. Okay. So that would be included with your
24 workpapers?
25 A. Yes. There would be a hard copy in the

Page 152

1 workpapers.
2 Q. And with respect to this, the Procedures and
3 Activities and the report, did the staff auditor that
4 was hired to help out have any role in preparing those
5 documents?
6 A. No. Preparing what documents?
7 Q. Either your Procedures and Activities or the
8 report?
9 A. No.
10 Q. Did you rely on that person's workpapers in
11 drafting either of those two items?
12   MR. DAY: Objection.
13   THE WITNESS: No.
14 Q. (By Ms. Scrivani) Why didn't you?
15 A. Because he was in follow-up procedures that were
16 done after the closing of the initial field work.
17 Q. What were those follow-up procedures?
18 A. I don't recall at this time.
19 Q. Did you prepare a report based on those follow-up
20 procedures?
21 A. I did not do a formal report on that follow-up.
22 Q. Did you do anything in writing based on the
23 follow-up?
24 A. I don't recall. If I did one, it would be in the
25 Audit Committee update.