IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : : : | Civil Action No. 01-CV-05681 |
| Plaintiff | : : | |
| v. | : : | |
| ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : | |
| Defendant | : | |
| ****************************** | *** | ****************************** |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : : | Civil Action No. 02-CV-03608 |
| Plaintiffs | : : | |
| v. | : : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, Defendant | : : : : | |

**MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA'S MOTION IN LIMINE TO EXCLUDE TESTIMONY BY DAVID JOHNSON**

Mercy Health System of Southeastern Pennsylvania hereby moves to exclude proposed expert testimony by David Johnson. As noted in the accompanying memorandum of law, which is incorporated herein in its entirety, Mr. Johnson should be precluded from testifying, in whole or in part, due to numerous flaws in his opinions, both substantive and procedural, including the failure to satisfy the <u>Daubert</u> standards for admissibility.

SL1 500801v1/30512.005

WHEREFORE, Mercy Health System of Southeastern Pennsylvania respectfully requests the Court grant this motion in limine.

Dated: January 3, 2005

                                              STEVENS & LEE, P.C.

                                              By: _____
                                                E. Thomas Henefer
                                                Attorney I.D. No. 55773
                                                Stacey A. Scrivani
                                                Attorney I.D. No. 84275
                                                111 North Sixth Street
                                                P.O. Box 679
                                                Reading, Pennsylvania 19603

                                                Attorneys for Plaintiff Mercy Health System