IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc.,<br><br>　　　　　Defendant | Civil Action<br>No. 01-CV-05681 |
| *********************************** *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc.,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br>　　　　　Defendant | Civil Action<br>No. 02-CV-03608 |

## ORDER

　　　　AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff Mercy Health System of Southeastern Pennsylvania's Motion in Limine regarding the proposed expert testimony of David Johnson and any responses thereto, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED and that David Johnson is hereby precluded

from testifying at trial.

                              BY THE COURT:

                              _____

                                                     J.