IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : : | Civil Action No. 01-CV-05681 |
| Plaintiff | : : : | |
| v. | : : : | |
| ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : : | |
| Defendant | : : | |
| ************************************ | *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : : | Civil Action No. 02-CV-03608 |
| Plaintiffs | : : : | |
| v. | : : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, Defendant | : : : : | |

**MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIM FOR BREACH OF CONTRACT AGAINST CSI FINANCIAL, INC.**

Mercy Health System of Southeastern Pennsylvania hereby moves for partial summary judgment on its breach of contract claim against CSI Financial, Inc. As noted in the accompanying memorandum of law, which is incorporated herein in its entirety, CSI breached its obligations to Mercy under the Patient Financing Agreement to which both were parties.

SL1 502102v1/30512.005

WHEREFORE, Mercy Health System of Southeastern Pennsylvania respectfully requests the Court grant this motion for partial summary judgment.

Dated: January 3, 2005

                                              STEVENS & LEE, P.C.

                                              By _____
                                                E. Thomas Henefer
                                                Attorney I.D. No. 55773
                                                Stacey A. Scrivani
                                                Attorney I.D. No. 84275
                                                111 North Sixth Street
                                                P.O. Box 679
                                                Reading, Pennsylvania 19603

                                              Attorneys for Plaintiff Mercy Health System