IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : : | Civil Action No. 01-CV-05681 |
| Plaintiff | : : | |
| v. | : : | |
| ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : | |
| Defendant | : | |
| ************************************ | *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : : : : : | Civil Action No. 02-CV-03608 |
| Plaintiffs | : : | |
| v. | : : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, Defendant | : : : : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff Mercy Health System of Southeastern Pennsylvania's Memorandum of Law in Support of its Motion for Partial Summary Judgment on its Claim for Breach of Contract Against CSI Financial, Inc. and any responses thereto, IT IS HEREBY ORDERED that Mercy's Motion is

SL1 502102v1/30512.005

GRANTED.

BY THE COURT:

_____

J.