IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br><br>    Plaintiff<br><br> v.<br><br>ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc.,<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br>No. 01-CV-05681 |
| ************************************ | *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc.,<br><br>    Plaintiffs<br><br> v.<br><br>MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA,<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br>No. 02-CV-03608 |

**MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF CSI FINANCIAL, INC. AND THE FIRST NATIONAL BANK OF MONTANA**

Mercy Health System of Southeastern Pennsylvania hereby moves for summary judgment on the claims of CSI Financial, Inc. and the First National Bank of Montana. As noted in the accompanying memorandum of law, which is incorporated herein in its entirety, CSI's and the Bank's claim are meritless and should be dismissed.

WHEREFORE, Mercy Health System of Southeastern Pennsylvania respectfully requests the Court grant this motion for summary judgment.

Dated: January 3, 2005

                                        STEVENS & LEE, P.C.

                                        By_____
                                        E. Thomas Henefer
                                        Attorney I.D. No. 55773
                                        Stacey A. Scrivani
                                        Attorney I.D. No. 84275
                                        111 North Sixth Street
                                        P.O. Box 679
                                        Reading, Pennsylvania 19603

                                        Attorneys for Plaintiff Mercy Health System

SL1 502637v2/30512.005