IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, <br><br> Plaintiff <br><br> v. <br><br> ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., <br><br> Defendant | Civil Action <br> No. 01-CV-05681 |
| ************************************ *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., <br><br> Plaintiffs <br><br> v. <br><br> MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, <br> Defendant | Civil Action <br> No. 02-CV-03608 |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Plaintiff Mercy Health System of Southeastern Pennsylvania's Memorandum of Law in Support of its Motion for Summary Judgment on the Claims of CSI Financial, Inc. and the First National Bank of Montana and any responses thereto, IT IS HEREBY ORDERED that Mercy's Motion is

SL1 502637v2/30512.005

GRANTED.

BY THE COURT:

_____
J.