IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, : <br><br> Plaintiff : <br><br> v. : <br><br> ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., : <br><br> Defendant : | Civil Action <br> No. 01-CV-05681 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   \*\*\*   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., : <br><br> Plaintiffs : <br><br> v. : <br><br> MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, <br> Defendant :: | Civil Action <br> No. 02-CV-03608 |

## CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, certify that true and correct copies of Mercy Health System of Southeastern Pennsylvania's Motion for Summary Judgment on the Claim CSI Financial, Inc. and the First National Bank of Montana and supporting Memorandum of Law were sent to the following persons via federal express, this 4 day of January, 2005:

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
400 Market Street
Suite 200
Philadelphia, PA 19106-2416

Dated: January 4, 2005

/s/ Stacey A. Scrivani