IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : | Civil Action |
| | : | No. 01-CV-05681 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : | |
| | : | |
| Defendant | : | |
| ************************************ | *** | ************************************ |
| FIRST NATIONAL BANK OF MONTANA, INC. and ROSS P. RICHARDSON, Chapter 7 Trustee for the Bankruptcy Estate of CSI Financial, Inc., | : | Civil Action |
| | : | No. 02-CV-03608 |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| MERCY HEALTH SYSTEM OF SOUTHEASTERN PENNSYLVANIA, | : | |
| Defendant | :: | |

**CERTIFICATE OF SERVICE**

I, STACEY A. SCRIVANI, certify that true and correct copies of Mercy Health System of Southeastern Pennsylvania's Motion for Partial Summary Judgment on its Claim for Breach of Contract against CSI Financial, Inc. and supporting Memorandum of Law were sent to the following persons via federal express, this 4 day of January, 2005:

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
400 Market Street
Suite 200
Philadelphia, PA 19106-2416

Dated: January 4, 2005

/Stacey A. Scrivani

SL1 504395v1/30512.005