<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
MERCY HEALTH SYSTEM OF                )
SOUTHEASTERN PENNSYLVANIA,             ) Civil Action
                                       ) No. 01-CV-05681
            Plaintiff                  )
                                       )
        vs.                            )
                                       )
ROSS P. RICHARDSON, Chapter 7          )
Trustee for the Bankruptcy             )
Estate of CSI Financial, Inc.,         )
                                       )
            Defendant                  )

                                *  *  *

FIRST NATIONAL BANK OF                 )
MONTANA, INC. and                      ) Civil Action
ROSS P. RICHARDSON, Chapter 7          ) No. 02-CV-03608
Trustee for the Bankruptcy             )
Estate of CSI Financial, Inc.,         )
                                       )
            Plaintiffs                 )
                                       )
        vs.                            )
                                       )
MERCY HEALTH SYSTEM OF                 )
SOUTHEASTERN PENNSYLVANIA,             )
                                       )
            Defendant                  )
```

<u>O R D E R</u>

NOW, this 19th day of January, 2004, upon consideration of the attached Stipulation to Extend Time, which stipulation was presented January 13, 2005,

<u>IT IS ORDERED</u> that the stipulation is approved.

<u>IT IS FURTHER ORDERED</u> that Ross P. Richardson, Chapter 7 Trustee and First National Bank of Montana shall have until January 31, 2005 to respond to the motion in limine and motion for summary judgment filed January 3, 2005 on behalf of Mercy Health System of Southeastern Pennsylvania.

BY THE COURT:

<u>/s/ JAMES KNOLL GARDNER</u>
James Knoll Gardner
United States District Judge