IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCY HEALTH SYSTEM OF                    :
SOUTHEASTERN PENNSYLVANIA,                :
                                          :    Civil Action
          Plaintiff                       :    No. 01-CV-05681
                                          :
    v.                                    :
                                          :
                                          :
                                          :
                                          :
                                          :
ROSS P. RICHARDSON, Chapter 7 Trustee     :
for the Bankruptcy Estate of CSI Financial, :
Inc.,                                     :
                                          :
          Defendant                       :
                                        ***

                                          :
FIRST NATIONAL BANK OF MONTANA,           :
INC. and ROSS P. RICHARDSON, Chapter 7    :    Civil Action
Trustee for the Bankruptcy Estate of CSI  :    No. 02-CV-03608
Financial, Inc.,                          :
                                          :
          Plaintiffs                      :
                                          :
    v.                                    :
                                          :
MERCY HEALTH SYSTEM OF                    :
SOUTHEASTERN PENNSYLVANIA,                :
                                          :
          Defendant

## STIPULATION TO EXTEND TIME

Pursuant to Local Rule 7.4, it is hereby STIPULATED and AGREED by Mercy

Health System of Southeastern Pennsylvania ("Mercy"), Ross P. Richardson, Chapter 7 Trustee

for the Bankruptcy Estates of CSI Financial, Inc. ("CSI"), and First National Bank of Montana

(the "Bank") that CSI and the Bank shall have until January 31, 2005 to file and serve responses

to Mercy's Motion in Limine to Exclude Testimony by David Johnson, Motions for Summary

Judgment, Statement of Uncontested Facts in Support of Motions for Summary Judgment and

Supporting Appendices, which were filed on January 3, 2005.

_____
Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
400 Market Street
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana

_____
Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA  19107
Counsel for Ross P. Richardson, Chapter 7
Trustee for the Bankruptcy Estate of CSI
Financial, Inc.

_____
Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems of
Southeastern Pennsylvania

BY THE COURT

_____
Gardner, J.

Judgment, Statement of Uncontested Facts in Support of Motions for Summary Judgment and

Supporting Appendices, which were filed on January 3, 2005.

Christopher M. Brubaker, Esquire
Kittredge, Donley, Elson, Fullem & Embick, LLP
The Bank Building
400 Market Street
Philadelphia, PA  19106-2416
Counsel for First National Bank of Montana

Patrick J. Egan, Esquire
239 S. Camac Street
Philadelphia, PA  19107
Counsel for Ross P. Richardson, Chapter 7
Trustee for the Bankruptcy Estate of CSI
Financial, Inc.

Stacey A. Scrivani
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania 19603
Counsel for Mercy Health Systems of
Southeastern Pennsylvania

BY THE COURT

Gardner, J.

## CERTIFICATE OF SERVICE

I, CHRISTOPHER M. BRUBAKER, hereby certify that on this date I caused to be served

a true and correct copy of the foregoing Stipulation to Extend Time, via First-class Mail postage

prepaid, as follows:

> Stacey A. Scrivani, Esquire
> Stevens & Lee
> 111 N. Sixth Street
> P.O. Box 679
> Reading, PA 19603-0679
>
> Patrick J. Egan, Esquire
> 239 S. Camac Street
> Philadelphia, Pennsylvania 19107

Dated: January 13, 2005

Christopher M. Brubaker