```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MERCY HEALTH SYSTEM, | ) | |
| | ) | Civil Action |
|       Plaintiff | ) | No. 01-CV-05681 |
| | ) | |
|   vs. | ) | |
| | ) | |
| ROSS P. RICHARDSON, Chapter 7 | ) | |
| Trustee for the Bankruptcy | ) | |
| Estate of CSI Financial, Inc., | ) | |
| | ) | |
|       Defendant | ) | |

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF | ) | |
| MONTANA, INC. and | ) | Civil Action |
| ROSS P. RICHARDSON, Chapter 7 | ) | No. 02-CV-03608 |
| Trustee for the Bankruptcy | ) | |
| Estate of CSI Financial, Inc., | ) | |
| | ) | |
|       Plaintiffs | ) | |
| | ) | |
|   vs. | ) | |
| | ) | |
| MERCY HEALTH SYSTEM OF | ) | |
| SOUTHEASTERN PENNSYLVANIA, | ) | |
| | ) | |
|       Defendant | ) | |

<u>AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER</u>

      NOW, this 24th day of January, 2005, it appearing that by Settlement Conference Scheduling Order dated and filed November 23, 2004, a settlement conference was scheduled for January 5, 2005; it further appearing the settlement conference is rescheduled,

      <u>IT IS ORDERED</u> that a settlement conference is scheduled on Monday, March 21, 2005, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania.

      <u>IT IS FURTHER ORDERED</u> that all parties to the litigation, whether represented by counsel or not, and lead trial counsel of record for each represented party, shall attend the

settlement conference. In addition, unless ordered by Judge Gardner to be personally present, liability insurance company representatives with final settlement authority shall be available to counsel by telephone throughout the entire conference.[1]

      IT IS FURTHER ORDERED that counsel shall provide the undersigned[2] by mail, delivery service, fax, or e-mail to be received by the undersigned not later than seven days prior to the conference, an informal memorandum which shall not exceed two pages in length and which shall include the following information:

1. A brief statement of the facts.
2. The party's liability contentions.
3. The party's damages contentions.
4. Enumeration of all special or liquidated damages claimed.
5. History of settlement negotiations, including all demands and offers.

      IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances. Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party. Continuance requests shall be submitted at least ten days prior to the conference on a form approved by the undersigned.

BY THE COURT:


/s/ James Knoll Gardner
JAMES KNOLL GARDNER
United States District Judge

---

[1] While it would be beneficial to have a representative for plaintiff First National Bank of Montana, Inc. present in person during the settlement conference, because of the travel distance involved and the fact that a bank representative personally appeared for a previous settlement conference which was postponed, we will give the bank its option of sending a representative to attend the settlement conference in person or be available to bank counsel and the court by telephone for the entire day of the settlement conference.

[2] The memoranda may be forwarded to the Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, PA 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov.