DEPOSITION OF NEYSHA ANN HUMPHREYS

Page 1

1                    UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MERCY HEALTH SYSTEM OF
3  SOUTHEASTERN PENNSYLVANIA,
4                     Plaintiff,

5      vs.                              CIVIL ACTION
6  CSI FINANCIAL, INC.,                CASE NO. 01-CV-5681
7                     Defendant.
8

   FIRST NATIONAL BANK OF MONTANA,
9  INC. and CSI FINANCIAL, INC.,
10                    Plaintiffs,

11     vs.                              CIVIL ACTION
12  MERCY HEALTH SYSTEM OF               Consolidated
   SOUTHEASTERN PENNSYLVANIA,
13
                      Defendant.
14
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
15
16
17           DEPOSITION OF NEYSHA ANN HUMPHREYS
18
19                     Taken at:
                 LESOFSKI & WALSTAD COURT REPORTING
                 21 NORTH LAST CHANCE GULCH
20               SUITE 201
                 HELENA, MONTANA
21               JULY 14, 2004
22
23
                     CHRISTINE D. LIVELY
24            REGISTERED PROFESSIONAL REPORTER
           WAYRYNEN & LIVELY REPORTING SERVICE
25               1940 DEWEY BOULEVARD
                 BUTTE, MONTANA   59701

DEPOSITION OF NEYSHA ANN HUMPHREYS

Page 2

```
 1
 2
 3                    APPEARANCES
 4
 5       FOR MERCY HEALTH SYSTEM:
 6
         STACEY A. SCRIVANI
 7       ATTORNEY AT LAW
         STEVENS & LEE
 8       111 NORTH SIXTH STREET
 9       READING, PENNSYLVANIA  19603-0679
10
11       FOR CSI FINANCIAL, INC.:
12
         PATRICK J. EGAN
13       ATTORNEY AT LAW
         239 SOUTH CAMAC STREET
14       PHILADELPHIA, PENNSYLVANIA   19107
15
16       FOR FIRST NATIONAL BANK OF MONTANA:
17
18       CHRISTOPHER J. DAY
         CHRISTOPHER M. BRUBAKER
19       ATTORNEYS AT LAW
         421 CHESTNUT STREET
20       PHILADELPHIA, PENNSYLVANIA   19106
21
22       ALSO PRESENT:  RUSS ERDMAN
23                      JAMES T. O'BRIEN
24
25
```

DEPOSITION OF NEYSHA ANN HUMPHREYS

Page 89

1  A.  Yes.
2  Q.  And with respect to audits, would those documents
3  continue to exist without regard to retention policy?
4  A.  Audit reports, yes; workpapers, no.
5  Q.  Do you have -- can you give me an estimate, was it
6  10 times more or less that you performed a review of
7  chargebacks or reviews?
8      MR. DAY: Objection.
9      THE WITNESS: I would say maybe five.
10 Q.  (By Ms. Scrivani) Do you recall the years in
11 which they were performed?
12 A.  No.
13 Q.  Do you recall if you performed such a review in
14 2001?
15 A.  Yes.
16 Q.  You did in fact perform one that year?
17 A.  A separate report separate from the external
18 audit?
19 Q.  Well, you tell me.
20 A.  I don't know that I did one separate from the
21 external audit.
22 Q.  With respect to the -- your estimate of five, when
23 you gave me that estimate, did you intend those five to
24 be included as part of an external audit or as something
25 separate from the external audit?

Page 90

1  A.  Both.
2  Q.  Okay. Of those five, do you recall how many were
3  performed separate from an external audit?
4  A.  No.
5  Q.  With respect to the review you can recall in 2001,
6  that was not separate from the external audit?
7      MR. DAY: Objection.
8      THE WITNESS: No. It was separate from the
9  external audit.
10 Q.  (By Ms. Scrivani) It was separate, okay.
11     Do you recall when in 2001, that was performed?
12 A.  November.
13 Q.  Do you recall what prompted that review at that
14 time?
15 A.  We were wanting to determine whether there were --
16 whether all of the accounts that had been identified for
17 recourse as a result of the computer conversion had been
18 identified and processed.
19 Q.  Was that the only reason?
20 A.  And to verify that other large, new hospitals were
21 not -- were not requesting offsets of new accounts with
22 recoursed accounts providing for accounts that should be
23 recoursed to be retained on the books longer than they
24 should be.
25 Q.  Did the dispute that arose between CSI and Mercy

Page 91

1  give rise to this review in any respect?
2      MR. DAY: Objection.
3      THE WITNESS: Partially.
4  Q.  (By Ms. Scrivani) What do you mean by that?
5  A.  Well, it was mostly a concern over, with the
6  year-end audit approaching, whether all of the recoursed
7  accounts that had been -- that had slipped through with
8  the computer conversion had been identified. We were
9  more looking for who owed us what money and that valid
10 patient accounts were active accounts, were what was on
11 the books.
12 Q.  And that was with respect to all hospitals that
13 were in the program?
14 A.  Yes.
15 Q.  What did you mean when you said that you were
16 trying to verify that large hospitals were not
17 offsetting against recourse, if I got that correct?
18 A.  There was one small hospital that would give us
19 new accounts and then we would charge them back the
20 recourse and chargeback accounts, so we would exchange
21 so there was no dollars transferred. And that worked on
22 a regular ongoing basis. It turned fine.
23     The only other hospital that I'm aware of that ever
24 processed that way was on a large basis was Mercy. And
25 that was when, then we weren't getting new accounts, the

Page 92

1  chargeback that built up on the account and not been
2  returned, recoursed and returned. And we needed to
3  verify that that was not going on.
4  Q.  With respect to Mercy or with other hospitals?
5  A.  Other hospitals. There were large -- several
6  large new ones that came on. And we were just -- we
7  were testing processes.
8  Q.  Do you recall if you determined during this review
9  whether there were other large hospitals in the program
10 that were using this offsetting?
11 A.  We did not identify any others that were doing it.
12 Q.  Tell me about this conversion and you were trying
13 to identify recourse accounts. What conversion are you
14 referring to?
15 A.  CSI converted from an older computer system to a
16 new computer system.
17 Q.  Do you know when that happened?
18 A.  It was in December of 2000.
19 Q.  Do you know what they converted from and to?
20 A.  No.
21 Q.  What about that conversion raised issues that you
22 needed to review?
23 A.  We got word from CSI that there were accounts that
24 had been marked for conversion -- for recourse, that on
25 the conversion, the system inadvertently dropped the

DEPOSITION OF NEYSHA ANN HUMPHREYS

Page 113

1    THE WITNESS: I can say that the ones that were
2  invoiced were reconciled and balanced.  That is all I
3  can attest -- that's all I can attest to.
4    Q.  (By Ms. Scrivani) And ones that wouldn't be
5  invoiced are ones that are still in CSI's account, CSI's
6  computer system?
7    MR. DAY: Objection.
8    THE WITNESS: Yes.  But they are all in CSI's
9  computer system.
10    Q.  (By Ms. Scrivani) Is the bank on a calendar--
11    A.  Yes.
12    Q.  --year for year-end reviews?
13    A.  Yes.
14    Q.  What if, in the offsetting example, turning your
15  example around a little bit, if the recourse amount was
16  a hundred thousand but the new accounts were only
17  50,000?
18    A.  There would only be invoiced the 50,000 because
19  Mercy wasn't accepting the amounts that weren't offset.
20    Q.  What do you mean when you say Mercy wasn't
21  accepting the amounts that weren't offset?
22    A.  We got -- we got new accounts for the dollars that
23  were recoursed.
24    Q.  We being the bank?
25    A.  Yeah, up through a certain date.  And then

Page 114

1  everything was invoiced in the summer of '02.  I can't
2  remember.  It must have been '02, '01.  '01.  I don't
3  remember.  I'm sorry.
4    Q.  But when you say Mercy wasn't accepting recourse,
5  what is that based on?
6    A.  Based on representations from CSI.
7    Q.  Who at CSI?
8    A.  Cindy Dorr and Bob Jaeb.
9    Q.  Anyone else?
10    A.  No, they're the ones I talked to.
11    Q.  Do you know if the bank did anything to confirm
12  those representations?
13    A.  No.
14    Q.  No, you don't know or no, the bank didn't?
15    A.  I know that the bank -- I don't know for sure.  I
16  know that the bank had CSI do a billing of -- invoicing
17  of all accounts when they found out about the offsetting
18  provision and the amount that was building up.
19    Q.  But you don't know if the bank did anything to
20  confirm CSI's representations?
21    A.  No.
22    MR. DAY: No, you don't know?
23    THE WITNESS: No, I don't know.
24    Q.  (By Ms. Scrivani) So when you say that you know
25  that the bank had CSI invoice all the recourse when it

Page 115

1  found out about the offsetting, did the bank not know
2  that Mercy was offsetting new accounts for return and
3  recourse?
4    A.  That's correct.
5    Q.  And when did the bank learn about that?
6    A.  I do not recall.
7    Q.  How did the bank learn about it?
8    A.  I do not recall.
9    Q.  Did you know at one time and you just don't
10  remember or was that not something you ever knew?
11    A.  I don't know.  I don't recall one way or another.
12    Q.  But once the bank learned of this offsetting as
13  opposed to cash payment, then they required CSI to
14  invoice all recourse?
15    A.  Yes.
16    Q.  And was that the large recourse that was invoiced
17  to CSI in July of 2001?
18    A.  Yes.
19    Q.  Do you know if that invoice in July of 2001
20  included accounts that had previously been invoiced to
21  CSI?
22    A.  Yes, my understanding was it was all open accounts
23  at that time.
24    Q.  What do you mean when you say all open accounts?
25    A.  All accounts that had not been paid.  Evidently

Page 116

1  there was -- my understanding is there were some that
2  had been invoiced and not paid and then -- and then new
3  ones that hadn't been billed.  So it was a combination.
4    Q.  Do you know how many of the accounts that appeared
5  on that -- that were invoiced at that time had
6  previously been invoiced?
7    A.  No, I do not.
8    Q.  Did you ever know?
9    A.  No, I did not.
10    MR. BRUBAKER: Stacey, can I find out just how
11  much longer you think you're going to be?  Is this a
12  time to break for lunch?
13    MS. SCRIVANI: I was actually going to say,
14  this is a good time to break for lunch.  And I don't
15  think we'll be able to start--
16    THE VIDEOGRAPHER: We're going off the record.
17  The time is 12:14 p.m.
18    (Whereupon, the luncheon recess was taken.)
19    THE VIDEOGRAPHER: We are now back on the
20  record.  The time is 1:11 p.m.
21    Q.  (By Ms. Scrivani) Mrs. Humphreys, before we went
22  to lunch, one of the questions I asked you was how CSI
23  was able to track the recourse that they -- that as a
24  result of the conversion had had their codes dropped.
25  And I think you told me that they were able to run a

# EXHIBIT "F"

FEB-25-03 13:31 FROM:SGH BUSINESS OFFICE                    ID:6102782060                    PAGE   6/2

**usiness Account Statement**

**PNCBANK**

MEDICAL CENTER
N SYSTEM

For the period 11/01/1999 to 11/30/1999

Account number:   86-1133-6132

Page 9 of 12

## eposits and Other Credits - continued

### CH Credits - continued

**106 transactions for a total of $ 11,368,361.38**

| ate sted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/22 | 64,995.63 | ACH Credit Prov Remit Independence Blu 0001105 | 00019993221891177 |
| 1/22 | 43,275.33 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993232495199 |
| 1/22 | 9,886.92 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993232495199 |
| 1/23 | 5,065.50 | ACH Credit Prov Remit Independence Blu 0001506 | 00019993221891182 |
| 1/23 | 52,254.23 | ACH Credit Prov Remit Independence Blu 0001105 | 00019993232349082 |
| 1/23 | 14,125.72 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993263474702 |
| 1/23 | 8,912.31 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993263474701 |
| 1/23 | 1,820.00 | ACH Credit Prov Remit Independence Blu 0005613 | 00019993232349088 |
| 1/24 | 40.00 | ACH Credit Prov Remit Independence Blu 0001506 | 00019993232349087 |
| 1/24 | 55,459.93 | ACH Credit Prov Remit Independence Blu 0001105 | 00019993263227287 |
| 1/24 | 15,775.85 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993274288756 |
| 1/24 | 4,236.46 | ACH Credit Prov Remit Independence Blu 0001506 | 00019993263227292 |
| 1/26 | 4,068.97 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993274288755 |
| 1/26 | 95,770.07 | ACH Credit Prov Remit Independence Blu 0001105 | 00019993274117745 |
| 1/? | 31,177.55 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993285565424 |
| 1/26 | 7,954.59 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993285565423 |
| 1/29 | 2,830.00 | ACH Credit Prov Remit Independence Blu 0001506 | 00019993274117750 |
| 1/29 | 2,476,683.70 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993305237652 |
| 1/29 | 226,367.00 | ACH Credit Medicare A Veritus Medicare 39T156 | 00019993305237650 |
| 1/29 | 65,728.00 | ACH Credit Medicare A Veritus Medicare 39S156A | 00019993305237549 |
| 1/29 | 43,543.90 | ACH Credit Medicare A Wellmark Inc. 391602 | 00019993336716426 |
| 1/29 | 40,462.00 | ACH Credit Medicare A Veritus Medicare 395859 | 00019993305237885 |
| 1/29 | 31,815.05 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993305237653 |
| 1/29 | 23,432.07 | ACH Credit Prov Remit Independence Blu 0001105 | 00019993285526792 |
| 1/30 | 58.88 | ACH Credit Settlement American Express 2374953412 | 00019993336676892 |
| 1/30 | 15,851.93 | ACH Credit Medicare A Veritus Medicare 390156B | 00019993337114504 |
| 1/30 | 10,037.28 | ACH Credit Medicare A Veritus Medicare 390156A | 00019993337114503 |
| 1/30 | 165.24 | ACH Credit Settlement American Express 2374953420 | 00019993340043893 |
| 1/30 | 45.74 | ACH Credit Settlement American Express 2374953412 | 00019993340043551 |

006075

### unds Transfers In

**3 transactions for a total of $ 1,906,671.93**

| ate sted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/03 | 1,352,227.87 | Fed Wire In 012285 | W012285 1103 |
| 1/03 | 544,914.31 | Fed Wire In 012284 | W012284 1103 |
| 1/23 | 9,529.75 | Fed Wire In 014442 | W014442 1123 |

### dj ments

**1 transaction for a total of $ 14.00**

| ted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 5 | 14.00 | Deposit Adjmt 90038 | 018319892 |

FEB-25-03 13:31 FROM:SGH BUSINESS OFFICE                ID:6102782060

# *INACLE Previous Day Detail Report*

11/4/99

**Credit Transactions:**

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| | | | **Availability** | | |
| **ckbox Deposits** | | | | | |
| Lockbox Deposits | | | | | |
| 490,116.06 | 00000008281 | | 168,899.06 | 321,217.00 | 0.00 |
| | WHLS LBX DEP | 8281 | 022899557 | | |
| 21,237.94 | 00000008281 | | 100.94 | 20,181.00 | 956.00 |
| | WHLS LBX DEP | 8281 | 023602281 | | |
| 10,369.20 | 00000008281 | | 10,214.20 | 155.00 | 0.00 |
| | WHLS LBX DEP | 8281 | 022899630 | | |
| 2,818.11 | 00000008265 | | 100.11 | 2,718.00 | 0.00 |
| | WHLS LBX DEP | 8265 | 025533618 | | |
| 747.22 | 00000008281 | | 707.22 | 40.00 | 0.00 |
| | WHLS LBX DEP | 8281 | 022899608 | | |
| 569.23 | 00000008281 | | 100.23 | 419.00 | 50.00 |
| | WHLS LBX DEP | 8281 | 023602264 | | |
| 50.00 | 00000008265 | | 50.00 | 0.00 | 0.00 |
| | WHLS LBX DEP | 8265 | 022900128 | | |
| 525,907.76 | Lockbox Deposits Totals | | 180,171.76 | 344,730.00 | 1,006.00 |

**CH Credits**

ACH Credits

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| 13,537.21 | 00000000000 | | 13,537.21 | 0.00 | 0.00 |
| | 0001105 | PROV REMITINDEPENDENCE BLU | | | |
| 6,035.00 | 00000000000 | | 6,035.00 | 0.00 | 0.00 |
| | 390156B | MEDICARE AVERITUS MEDICARE | | | |
| 2,059.54 | 00000000000 | | 2,059.54 | 0.00 | 0.00 |
| | 390156A | MEDICARE AVERITUS MEDICARE | | | |
| 2,000.00 | 00000000000 | | 2,000.00 | 0.00 | 0.00 |
| | 0001506 | PROV REMITINDEPENDENCE BLU | | | |
| 1,820.00 | 00000000000 | | 1,820.00 | 0.00 | 0.00 |
| | 0005613 | PROV REMITINDEPENDENCE BLU | | | |
| 298.40 | 00000000000 | | 298.40 | 0.00 | 0.00 |
| | 0001023 | PROV REMITINDEPENDENCE BLU | | | |
| 25,750.15 | ACH Credits Totals | | 25,750.15 | 0.00 | 0.00 |

**Money Transfer CR-Wire**

Money Transfer CR-Wire

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 1,352,227.87 | FED WIRE IN | 1,352,227.87 | 0.00 | 0.00 |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH #20210289 CSI HOSP PATIENT LOAN PRGM
FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER
AC/8611336132 MERCY CATHOLIC MEDICAL CENTER 8611336132
PHILADELPHIA PA ATTN  DOUG SMITH
TRN:991103012285 FEDREF:00006 DATE:991103 TIME:1259

006073

| 544,914.31 | FED WIRE IN | 544,914.31 | 0.00 | 0.00 |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH #20110299A CSI HOSP PATIENT LOAN
PRGM FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER
AC/8611336132 MERCY CATHOLIC MEDICAL CENTER 8611336132
PHILADELPHIA PA ATTN  DOUG SMITH
TRN:991103012284 FEDREF:00005 DATE:991103 TIME:1259

| 1,897,142.18 | Money Transfer CR-Wire Tots | 1,897,142.18 | 0.00 | 0.00 |

FEB-25-03 13:31 FROM:SGH BUSINESS OFFICE          ID:6102782060

*INACLE Previous Day Detail Report*          *11/24/99*          PAGE    8/2

.s-C    ate:   11/23/99

'NC Bank, Philadelphia

511336132          **USD    MCMC DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|--------|------------------|

**BA Debits**

ZBA Debits

709,328.64 08612821607

FUNDS TRANSFER TO   ACCT 8612821607

oin and Currency Shipped

Coin and Currency Shipped

500.00 00000000000

MONEY ROOM ORDER COIN/CURRENCY   00000000

709,828.64 *Debit Total*

*Credit Transactions:*

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|--------|------------------|---|---------------|---------------|---------------|

Lockbox Deposits

Lockbox Deposits

| 77,989.21 00000008281 | | | 258,774.21 | 18,318.00 | 897.00 |
| | WHLS LBX DEP | 8281 | 022599021 | | |
| 268,408.69 00000008281 | | | 292.69 | 268,069.00 | 47.00 |
| | WHLS LBX DEP | 8281 | 028271774 | | |
| 46,597.23 00000008281 | | | 21,464.23 | 23,972.00 | 1,161.00 |
| | WHLS LBX DEP | 8281 | 022599068 | | |
| 14,077.19 00000008281 | | | 161.19 | 10,845.00 | 3,071.00 |
| | WHLS LBX DEP | 8281 | 028271800 | | |
| 1,945.83 00000008265 | | | 100.83 | 1,845.00 | 0.00 |
| | WHLS LBX DEP | 8265 | 025592165 | | |
| 609,018.15 Lockbox Deposits Totals | | | 280,793.15 | 323,049.00 | 5,176.00 |

**ACH Credits**

ACH Credits

| 52,254.23 00000000000 | | 52,254.23 | 0.00 | 0.00 |
| 0001105 | PROV REMITINDEPENDENCE BLU | | | |
| 14,125.72 00000000000 | | 14,125.72 | 0.00 | 0.00 |
| 390156B | MEDICARE AVERITUS MEDICARE | | | |
| 8,912.31 00000000000 | | 8,912.31 | 0.00 | 0.00 |
| 390156A | MEDICARE AVERITUS MEDICARE | | | |
| 1,820.00 00000000000 | | 1,820.00 | 0.00 | 0.00 |
| 0005613 | PROV REMITINDEPENDENCE BLU | | | |
| 40.00 00000000000 | | 40.00 | 0.00 | 0.00 |
| 0001506 | PROV REMITINDEPENDENCE BLU | | | |
| 77,152.26 ACH Credits Totals | | 77,152.26 | 0.00 | 0.00 |

M  ' Transfer CR-Wire

Money Transfer CR-Wire

| 9,529.75 | | 9,529.75 | 0.00 | 0.00 |
| FED WIRE IN | 014442 | | | |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT

FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851

006077

FEB-25-03 13:32 FROM:SGH BUSINESS OFFICE

ID:6102782060

PAGE    9/27

## *INACLE Previous Day Detail Report*    *11/24/99*

OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH # 2011199 20211199 HSI HOSP PATIENT
LOAN PRGM FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL
CENTER AC/8611336132 MERCY CATHOLIC MEDICAL CENTER
8611336132 PHILADELPHIA PA ATTN DOUG SMITH
TRN:991123014442 FEDREF:00010 DATE:991123 TIME:1315

| | | | |
|---|---|---|---|
| 9,529.75 Money Transfer CR-Wire Totz | 9,529.75 | 0.00 | 0.00 |

### Coin and Currency Deposited
Coin and Currency Deposited

| | | | |
|---|---|---|---|
| 6,562.79 00000000000 | 6,562.79 | 0.00 | 0.00 |
| MONEY ROOM DEP. COIN/CURRENCY | 00000000 | | |
| 6,562.79 Coin and Currency Deposited | 6,562.79 | 0.00 | 0.00 |

### Deposits
Deposits

| | | | |
|---|---|---|---|
| 6,064.88 00000000000 | 120.88 | 5,929.00 | ~ 15.00 |
| DEPOSIT | 025622969 | | |
| 1,500.81 00000000000 | 563.81 | 937.00 | 0.00 |
| DEPOSIT | H825609622 | | |
| 7,565.69 Deposits Totals | 684.69 | 6,866.00 | 15.00 |
| 709,828.64 *Credit Totals* | 374,722.64 | 329,915.00 | 5,191.00 |

008075

FEB-25-03 13:29 FROM:SGH BUSINESS OFFICE          ID:6102782060                    PAGE    2/27

# Business Account Statement                                        **PNCBANK**

NITY HOSPITAL
H SYSTEM

**For the period 11/01/1999 to 11/30/1999**

Account number:      86-1282-1594

Page 4 of 6

## sits and Other Credits - continued

**Credits** - continued          **55 transactions for a total of $ 1,308,094.71**

| ted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/15 | 16,026.33 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999314513 734 |
| 1/16 | 12,148.88 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999316565370 |
| 1/16 | 10,800.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999317318345 |
| 1/16 | 7,008.52 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999317318341 |
| 1/17 | 13,209.59 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999320042 8163 |
| 1/18 | 95,358.57 | ACII Credit Medicare A Veritus Medicare 390215 | 0001999321125767 |
| 1/19 | 56,814.22 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999321979597 |
| 1/19 | 16,596.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999321875604 |
| 1/19 | 9,593.10 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999321118457 |
| 1/22 | 15,806.27 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999323249 5200 |
| 1/22 | 13,458.18 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999321891150 |
| 1/23 | 34,613.09 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999325474703 |
| 1/23 | 6,928.59 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999323349085 |
| 1/23 | 6,075.00 | ACII Credit Medicare A Veritus Medicare 39S215 | 0001999325474712 |
| 1/24 | 29,822.92 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999325227290 |
| 1/ | 22,424.57 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999327425757 |
| 1/24 | 12,825.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999327288769 |
| 1/26 | 26,497.67 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999325565425 |
| 1/26 | 10,614.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999325565433 |
| 1/26 | 9,149.97 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999327411 7748 |
| 1/29 | 64,283.99 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999330023 7654 |
| 1/29 | 19,385.41 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999325267095 |
| 1/29 | 13,413.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999330023 7668 |
| 1/29 | 24.50 | ACH Credit Settlement American Express 2374055 104 | 0001999333867 9691 |
| 1/30 | 9,238.26 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999333711 4505 |
| 1/30 | 4,725.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999333711 4513 |

## unds Transfers In          **1 transaction for a total of $ 362,642.46**

| ate osted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/19 | 362,642.46 | Fed Wire In 019043 | W019043 1119 |

*CSI Bret Montano    006073*

## djustments          **2 transactions for a total of $ 963.61**

| ate osted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/03 | 713.65 | Credit Memo | 024087827 |
| 1/03 | 249.96 | Credit Memo | 024087828 |

## ther Credits          **12 transactions for a total of $ 8,225.32**

| st ost | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/01 | 230.00 | PNC Merchant Deposit 178204601995 Value Date 10-30-99 | 178204601995  PHL |
| 1/03 | 839.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 1/04 | 215.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |

# 'NACLE Previous Day Detail Report          *11/22/99*

ʀ-O. ᴛɪᴛᴇ:  **11/19/99**

## NC Bank, Philadelphia

**12821594**                    **USD   MCH DEPOSIT**

*Debit Transactions:*
**Amount     Reference Number**

ꜱA Debits
ZBA Debits
479,843.87 08611336159
            FUNDS TRANSFER TO   ACCT 8611336159

---

| *Credit Transactions:* | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| **Amount** | **Reference Number** | | | |

ᴄkbox Deposits
Lockbox Deposits

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| 21,140.29 | 00000008279 | | 244.29 | 20,896.00 | 0.00 |
| | WHLS LBX DEP | 8279 | H222252655 | | |
| 8,766.27 | 00000008279 | | 595.27 | 8,171.00 | 0.00 |
| | WHLS LBX DEP | 8279 | 024717252 | | |
| 29,906.56 | Lockbox Deposits Totals | | 839.56 | 29,067.00 | 0.00 |

ᴀCF ʀedits
Aᴄᴄ, Credits

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| 56,814.22 | 00000000000 | | 56,814.22 | 0.00 | 0.00 |
| | 390215 | MEDICARE AVERITUS MEDICARE | | | |
| 16,596.00 | 00000000000 | | 16,596.00 | 0.00 | 0.00 |
| | 39S215 | MEDICARE AVERITUS MEDICARE | | | |
| 9,593.10 | 00000000000 | | 9,593.10 | 0.00 | 0.00 |
| | 0001125 | PROV REMITINDEPENDENCE BLU | | | |
| 83,003.32 | ACH Credits Totals | | 83,003.32 | 0.00 | 0.00 |

Money Transfer CR-Wire
Money Transfer CR-Wire

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 362,642.46 | FED WIRE IN | 362,642.46 | 0.00 | 0.00 |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH# 20411179 CSI HOSP PATIENT LOAN PRGM
FNDG BENEFICIARY:MERCY COMMUNITY HOSPITAL AC/8612821594
MERCY COMMUNITY HOSPITAL 8612821594 PHILADELPHIA PA
TRN:991119019043 FEDREF:00003 DATE:991119 TIME:1419

| 362,642.46 | Money Transfer CR-Wire Tots | 362,642.46 | 0.00 | 0.00 |

**Deposits**
Deposits

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| 4,291.53 | 00000000000 | | 701.53 | 3,590.00 | 0.00 |
| | DEPOSIT | 025669773 | | | |
| 4,291.53 | Deposits Totals | | 701.53 | 3,590.00 | 0.00 |

| 479,843.87 | *Credit Totals* | 447,186.87 | 32,657.00 | 0.00 |

*(handwritten notes:)*
1/P-96,145.90
0/P-266,496.54
006030

FEB-25-03 13:30 FROM:SGH BUSINESS OFFICE          ID:6102782060          PAGE  4/27

# Business Account Statement

HOSPITAL
SYSTEM

## PNCBANK

For the period 12/01/1999 to 12/31/1999

Account number:    86-1282-1594

Page 4 of 6

## ...ts and Other Credits - continued

**Credits** - continued

### 59 transactions for a total of $ 1,324,390.00

| Amount | Transaction description | Reference number |
|--------|------------------------|------------------|
| 1,550.40 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999348294778 |
| 168.00 | ACH Credit Prov Remit Amerihealth / NJ 0001125 | 0001999347093489 |
| 49,757.04 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999349261847 |
| 15,941.48 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999349951414 |
| 52,857.82 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999350407190? |
| 36,357.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999350407191S |
| 15,538.13 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999349302048? |
| 20,064.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999351478228? |
| 9,634.44 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999351478227? |
| 9,626.89 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999350387571 |
| 19,842.50 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999354568923? |
| 8,685.29 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999351463074? |
| 5,621.42 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999355690809? |
| 1,948.96 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999354572188 |
| 189,193.49 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999355053932? |
| 18,807.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999356053934? |
| 6,809.65 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999355671842 |
| 76,309.65 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999357119751? |
| 37,521.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0001999357119752S |
| 6,111.55 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999356030558? |
| 132.10 | ACH Credit Prov Remit Amerihealth / NJ 0001125 | 0001999356030533? |
| 8,120.82 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999357105920? |
| 73,902.54 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999358156719? |
| 8,775.00 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999358155720? |
| 6,782.81 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999361243674? |
| 1,505.96 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999362323783? |
| 88,402.08 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999364851242 |
| 41,664.00 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999364851256 |
| 22,794.21 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999362287904? |
| 26,422.71 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999364576483? |
| 10,800.00 | ACH Credit Medicare A Veritus Medicare 390215 | 0001999364576462? |
| 1,469.67 | ACH Credit Prov Remit Independence Blu 0001125 | 0001999364437339 |

006081

### 1 transaction for a total of $ 5,522.96

**...ansfers in**

| Amount | Transaction description | Reference number |
|--------|------------------------|------------------|
| 5,522.96 | Fed Wire In 017914 | W017914 1216 |

### 1 transaction for a total of $ 10.00

**...nts**

| Amount | Transaction description | Reference number |
|--------|------------------------|------------------|
| 10.00 | Deposit Adjmt 959088 | 024440947 |

# *INACLE Previous Day Detail Report*          *12/17/99*

.s-( ate:  **12/16/99**

'NC Bank, Philadelphia

i12821594          **USD    MCH DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

**BA Debits**
  ZBA Debits
    108,523.62 08611336159
          FUNDS TRANSFER TO  ACCT 8611336159

---

*Credit Transactions:*

| | | Availability | | |
|---|---|---|---|---|
| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |

.ockbox Deposits
  Lockbox Deposits

| | | | | |
|---|---|---|---|---|
| 35,407.04 00000008279 | | 101.04 | 35,201.00 | 105.00 |
| WHLS LBX DEP | 8279 | 027236031 | | |
| 35,407.04 Lockbox Deposits Totals | | 101.04 | 35,201.00 | 105.00 |

**ACH Credits**
  ACH Credits

| | | | | |
|---|---|---|---|---|
| '9,757.04 00000000000 | | 49,757.04 | 0.00 | 0.00 |
| 390215 | MEDICARE AVERITUS MEDICARE | | | |
| 15,941.48 00000000000 | | 15,941.48 | 0.00 | 0.00 |
| 0001125 | PROV REMITINDEPENDENCE BLU | | | |
| 65,698.52 ACH Credits Totals | | 65,698.52 | 0.00 | 0.00 |

**Money Transfer CR-Wire**
  Money Transfer CR-Wire

| | | | | |
|---|---|---|---|---|
| 5,522.96 | | 5,522.96 | 0.00 | 0.00 |

          FED WIRE IN          017914
          ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
          FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
          OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
          BBI:HOSPITAL BATCH#20412149 CSI HOSP PATIENT LOAN PRGM
          FNDG BENEFICIARY:MERCY COMMUNITY HOSPITAL AC/8612821594
          MERCY COMMUNITY HOSPITAL 8612821594 PHILADELPHIA PA
          TRN:991216017914 FEDREF:00014 DATE:991216 TIME:1331

| | | | | |
|---|---|---|---|---|
| 5,522.96 Money Transfer CR-Wire Tota | | 5,522.96 | 0.00 | 0.00 |

006082

**Miscellaneous Credits**
  Miscellaneous Credits

| | | | | |
|---|---|---|---|---|
| 10.00 04601995000 | | 10.00 | 0.00 | 0.00 |
| PNC MERCHANT DEPOSIT | 178204601995 | | | |
| 10.00 Miscellaneous Credits Totals | | 10.00 | 0.00 | 0.00 |

**Denosits**
  posits

| | | | | |
|---|---|---|---|---|
| 1,885.10 00000000000 | | 1,340.10 | 496.00 | 49.00 |
| DEPOSIT | 024676406 | | | |
| 1,885.10 Deposits Totals | | 1,340.10 | 496.00 | 49.00 |

| | | | | |
|---|---|---|---|---|
| 108,523.62 *Credit Totals* | | 72,672.62 | 35,697.00 | 154.00 |

# Business Account Statement

## PNCBANK

MEDICAL CENTER
SYSTEM

**For the period 12/01/1999 to 12/31/1999**

Account number:    86-1133-6132

Page 10 of 12

## Deposits and Other Credits - continued

### Funds Transfers In — 2 transactions for a total of $ 14,589.12

SSI PK of Montana

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/16 | 9,725.72 | Fed Wire In 017918 | W017918 1215 |
| 12/21 | 4,863.40 | Fed Wire In 007428 | W007428 1221 |

### Adjustments — 6 transactions for a total of $ 411.41

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/03 | 1.00 | Money Room Deposit Credit Adj.  00000000 VALUE DATE 12-01-99 | 12030350 |
| 12/08 | 36.00 | Credit Memo | 037304077 |
| 12/09 | 100.00 | Deposit Adjmt 97537 | 023416283 |
| 12/13 | 9.00 | Money Room Deposit Credit Adj.  00000000 | 12131063 |
| 12/15 | 215.41 | Credit Memo | 028198438 |
| 12/20 | 50.00 | Deposit Adjmt 98183 | 023658416 |

### Other Credits — 15 transactions for a total of $ 4,407.20

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/ | 325.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/ | 18.20 | PNC Merchant Deposit  178165013990 | 178165013990  PHL |
| 12/ | 47.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/08 | 58.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/10 | 100.00 | PNC Merchant Deposit  178165014998 | 178165014998  PHL |
| 12/13 | 100.00 | PNC Merchant Deposit  178165014998 Value Date 12-11-99 | 178165014998  PHL |
| 12/14 | 600.00 | PNC Merchant Deposit  178165013990 | 178165013990  PHL |
| 12/20 | 105.00 | PNC Merchant Deposit  178165012992 Value Date 12-18-99 | 178165012992  PHL |
| 12/21 | 925.00 | PNC Merchant Deposit  178165014998 | 178165014998  PHL |
| 12/23 | 911.00 | PNC Merchant Deposit  178165014998 | 178165014998  PHL |
| 12/23 | 47.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/24 | 595.00 | PNC Merchant Deposit  178165014998 | 178165014998  PHL |
| 12/28 | 311.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/30 | 75.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |
| 12/31 | 195.00 | PNC Merchant Deposit  178165012992 | 178165012992  PHL |

006053

## Checks and Other Debits

### ACH Debits — 3 transactions for a total of $ 1,289.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | 1,043.08 | ACH Debit Reversal Independence Blu 0001105 | 00019993340576762 |
| 12/03 | 215.92 | ACH Debit Lease Pmt Ladco Leasing 9916755 | 00019993382941165 |
| 12 | 30.00 | ACH Debit Misc Chg Ladco Leasing 9916755 | 00019993437173135 |



# *INACLE Previous Day Detail Report*          *12/17/99*

**ŗ-Oı Date:   12/16/99**

# NC Bank, Philadelphia

**11336132**          **USD    MCMC DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

**ŝA Debits**

ZBA Debits

569,232.70 08612821607
          FUNDS TRANSFER TO  ACCT 8612821607

**ɔin and Currency Shipped**

Coin and Currency Shipped
          850.00 00000000000
                    MONEY ROOM ORDER COIN/CURRENCY   00000000

570,082.70 *Debit Total*

| *Credit Transactions:* | | Availability | | |
|---|---|---|---|---|
| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |

**Lockbox Deposits**

Lockbox Deposits

| | | | | | |
|---|---|---|---|---|---|
| 38,869.45 00000008281 | | | 225,537.45 | 11,646.00 | 1,686.00 |
| WHLS LBX DEP | 8281 | 022085560 | 3,446.88 | 130,417.00 | 1,988.00 |
| 135,851.88 00000008281 | | 027233448 | 102.08 | 62,889.00 | 857.00 |
| WHLS LBX DEP | 8281 | 027233407 | 104.16 | 1,995.00 | 0.00 |
| 63,848.08 00000008281 | | | | | |
| WHLS LBX DEP | 8281 | | | | |
| 2,099.16 00000008265 | | | | | |
| WHLS LBX DEP | 8265 | 027236022 | 229,190.57 | 206,947.00 | 4,531.00 |

440,668.57 Lockbox Deposits Totals

**ACH Credits**

ACH Credits

| | | | |
|---|---|---|---|
| 47,619.00 00000000000 | | 47,619.00 | 0.00 | 0.00 |
| 390156B | MEDICARE AVERITUS MEDICARE | 39,990.56 | 0.00 | 0.00 |
| 39,990.56 00000000000 | | | | |
| 0001105 | PROV REMITINDEPENDENCE BLU | 10,218.53 | 0.00 | 0.00 |
| 10,218.53 00000000000 | | | | |
| 390156A | MEDICARE AVERITUS MEDICARE | 6,972.57 | 0.00 | 0.00 |
| 6,972.57 00000000000 | | | | |
| 0001023 | PROV REMITINDEPENDENCE BLU | 192.28 | 0.00 | 0.00 |
| 192.28 00000000000 | | | | |
| 39S156B | MEDICARE AVERITUS MEDICARE | 113.25 | 0.00 | 0.00 |
| 113.25 00000000000 | | | | |
| 0001105 | PROV REMITAMERIHEALTH  NJ | 105,106.19 | 0.00 | 0.00 |

105,106.19 ACH Credits Totals

**N..ey Transfer CR-Wire**

Money Transfer CR-Wire

| | | | |
|---|---|---|---|
| 9,725.72 | | 9,725.72 | 0.00 | 0.00 |
| | 017918 | | | |

FED WIRE IN
ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851

006084

## *INACLE Previous Day Detail Report*          *12/17/99*

OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH #20112149 CSI HOSP PATIENT LOAN PRGM
FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER
AC/8611336132 MERCY CATHOLIC MEDICAL CENTER 8611336132
PHILADELPHIA PA ATTN DOUG SMITH
TRN:991216017918 FEDREF:00015 DATE:991216 TIME:1331

| | | | |
|---|---|---|---|
| | 9,725.72 | 0.00 | 0.00 |
| 9,725.72 Money Transfer CR-Wire Tots | | | |

**oin and Currency Deposited**

| Coin and Currency Deposited | | | |
|---|---|---|---|
| 3,307.27 00000000000 | 3,307.27 | 0.00 | 0.00 |
| MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 986.22 00000000000 | 986.22 | 0.00 | 0.00 |
| MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 4,293.49 Coin and Currency Deposited | 4,293.49 | 0.00 | 0.00 |

**eposits**

| Deposits | | | | |
|---|---|---|---|---|
| 9,925.73 00000000000 | | 8,725.73 | 632.00 | 568.00 |
| DEPOSIT | 022053531 | | | |
| 363.00 00000000000 | | 363.00 | 0.00 | 0.00 |
| DEPOSIT | 022047998 | | | |
| 10,288.73 Deposits Totals | | 9,088.73 | 632.00 | 568.00 |

| | | | |
|---|---|---|---|
| 570,082.70 *Credit Totals* | 357,404.70 | 207,579.00 | 5,099.00 |

008085

# *PINACLE Previous Day Detail Report*          12/23/99

**As  Date:  12/21/99**
PNC Bank, Philadelphia

**611336132**          **USD    MCMC DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

**BA Debits**
ZBA Debits
266,086.29 08612821607
FUNDS TRANSFER TO  ACCT 8612821607

| *Credit Transactions:* | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| Amount | Reference Number | | | |

**Lockbox Deposits**
Lockbox Deposits

| 79,748.14 00000008281 | | 8,261.14 | 27,079.00 | 44,408.00 |
|---|---|---|---|---|
| WHLS LBX DEP | 8281 | 024717853 | | |
| 58,521.08 00000008281 | | 1,014.08 | 56,822.00 | 685.00 |
| WHLS LBX DEP | 8281 | 024717948 | | |
| 16,680.08 00000008281 | | 5,763.08 | 10,145.00 | 772.00 |
| WHLS LBX DEP | 8281 | 022813825 | | |
| 1,938.23 00000008265 | | 100.23 | 1,838.00 | 0.00 |
| WHLS LBX DEP | 8265 | 024716626 | | |
| 156,887.53 Lockbox Deposits Totals | | 15,138.53 | 95,884.00 | 45,865.00 |

**ACH Credits**
ACH Credits

| 58,123.04 00000000000 | 58,123.04 | 0.00 | 0.00 |
|---|---|---|---|
| 0001105 | PROV REMITINDEPENDENCE BLU | | |
| 19,640.81 00000000000 | 19,640.81 | 0.00 | 0.00 |
| 390156B | MEDICARE AVERITUS MEDICARE | | |
| 4,877.29 00000000000 | 4,877.29 | 0.00 | 0.00 |
| 390156A | MEDICARE AVERITUS MEDICARE | | |
| 4,107.87 00000000000 | 4,107.87 | 0.00 | 0.00 |
| 0001023 | PROV REMITINDEPENDENCE BLIJ | | |
| 1,888.32 00000000000 | 1,888.32 | 0.00 | 0.00 |
| 0001506 | PROV REMITINDEPENDENCE BLIJ | | |
| 189.60 00000000000 | 189.60 | 0.00 | 0.00 |
| 0001105 | PROV REMITAMERIHEALTH  NJ | | |
| 88,826.93 ACH Credits Totals | 88,826.93 | 0.00 | 0.00 |

**Money Transfer CR-Wire**
Money Transfer CR-Wire

| 4,863.40 | 4,863.40 | 0.00 | 0.00 |
|---|---|---|---|
| FED WIRE IN | 007428 | | |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH #20212169 CSI HOSP PATIENT LOAN PRGM
FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER
AC/8611336132 MERCY CATHOLIC MEDICAL CENTER 8611336132
PHILADELPHIA PA ATTN  DOUG SMITH
TRN:991221007428 FEDREF:00003 DATE:991221 TIME:1108

006085

FEB-25-03 13:34 FROM:SGH BUSINESS OFFICE          ID:6102782060

PAGE  16/2

# Business Account Statement

# PNCBANK

...LIC MEDICAL CENTER
...LTH SYSTEM

**For the period 02/01/2000 to 02/29/2000**

Account number:     86-1133-6132

Page 9 of 11

---

## Deposits and Other Credits  - continued

### ACH Credits  - continued

**119 transactions for a total of $ 7,716,753.33**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 2/25 | 10,262.22 | ACH Credit Prov Remit Independence Blu 0001023 | 0002000054674092 |
| 2/25 | 7,533.58 | ACH Credit Medicare A Veritus Medicare 390156B | 0002000055067543 |
| 2/25 | 3,900.00 | ACH Credit Prov Remit Independence Blu 0005613 | 0002000054674093 |
| 2/25 | 1,728.00 | ACH Credit Prov Remit Independence Blu 0001678 | 0002000054674093 |
| 2/25 | 271.49 | ACH Credit Medicare A Veritus Medicare 390156A | 0002000055067543 |
| 2/28 | 50,357.64 | ACH Credit Prov Remit Independence Blu 0001105 | 0002000055038765 |
| 2/28 | 34,551.27 | ACH Credit Medicare A Veritus Medicare 390156B | 0002000056172978 |
| 2/28 | 22,527.81 | ACH Credit Medicare A Veritus Medicare 390156A | 0002000056172978 |
| 2/28 | 5,713.20 | ACH Credit Prov Remit Independence Blu 0001023 | 0002000055038765 |
| 2/28 | 1,690.00 | ACH Credit Prov Remit Independence Blu 0001506 | 0002000055038768 |
| 2/29 | 48,835.12 | ACH Credit Prov Remit Independence Blu 0001105 | 0002000056144520 |
| 2/29 | 18,366.93 | ACH Credit Medicare A Wellmark Inc. 391602 | 0002000059338657 |
| 2/29 | 12,062.66 | ACH Credit Prov Remit Independence Blu 0001023 | 0002000056144520 |
| 2/29 | 9,540.10 | ACH Credit Medicare A Veritus Medicare 390156B | 0002000059295711 |
| 2/29 | 4,146.07 | ACH Credit Medicare A Veritus Medicare 390156A | 0002000059295711 |
| 2/ | 94.00 | ACH Credit Prov Remit Amerihealth / NJ 0001023 | 0002000056144512 |

### Transfers In

**2 transactions for a total of $ 879,561.19**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 2/01 | 5,348.19 | Fed Wire In 016602   CGI DREY Montana | W016602 0201 |
| 2/16 | 874,213.00 | Book Trn Credit 008647 | W008647 0216 |

### Adjustments

**7 transactions for a total of $ 193,322.01**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 2/01 | 944.50 | Credit Adjustment Ref: PGHADJ0000003440 | 00101REF0000003440 |
| 2/02 | 46,524.30 | Credit Memo | 034428764 |
| 2/07 | 1,935.72 | Credit Adjustment Ref: PGHADJ0000005221 | 00101REF0000005221 |
| 2/08 | 111,808.39 | Credit Adjusment Ref: PHLADJ0207009430 | 02001REF0207009430 |
| 2/11 | 125.00 | Credit Memo | 032773537 |
| 2/16 | 32,374.10 | Credit Memo | 035801967 |
| 2/17 | 20.00 | Money Room Deposit Credit Adj.   00000000 | 02170480 |

### Other Credits

**20 transactions for a total of $ 4,276.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 2/03 | 419.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 2/07 | 775.00 | PNC Merchant Deposit   178165014998 Value Date 02-05-00 | 178165014998  PHL |
| 2/ | 195.30 | PNC Merchant Deposit   178165012992 Value Date 02-05-00 | 178165012992  PHL |
| 2/08 | 371.10 | PNC Merchant Deposit   178165013990 | 178165013990  PHL |
| 2/ | 45.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 2/09 | 58.30 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 2/10 | 323.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |

FEB-25-03 13:34 FROM:SGH BUSINESS OFFICE          ID:6102782060          PAGE  17/27

# 'INACLE *Previous Day Detail Report*          2/2/00

| 5,348.19 | | 5,348.19 | 0.00 | 0.00 |
|---|---|---|---|---|
| | FED WIRE IN          016602 | | | |
| | ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT | | | |
| | FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851 | | | |
| | OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA | | | |
| | BBI:HOSPITAL BATCH 20201280 CSI HOSP PATIENT LOAN PRGM | | | |
| | FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER | | | |
| | AC/8611336132 MERCY CATHOLIC MEDICAL CENTER 8611336132 | | | |
| | PHILADELPHIA PA ATTN  DOUG SMITH | | | |
| | TRN:000201016602 FEDREF:00003 DATE:000201 TIME:1258 | | | |
| 5,348.19 | Money Transfer CR-Wire Tota | 5,348.19 | 0.00 | 0.00 |

**etail Credit Adjustments**
Detail Credit Adjustments

| 944.50 | 00000003440 | 944.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| | CREDIT ADJUSTMENT REF: PGHADJ0000003440 | | | |
| 944.50 | Detail Credit Adjustments Tota | 944.50 | 0.00 | 0.00 |

**oin and Currency Deposited**
Coin and Currency Deposited

| 5,834.00 | 00000000000 | 5,834.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 986.97 | 00000000000 | 986.97 | 0.00 | 0.00 |
| | MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 908.56 | 00000000000 | 908.56 | 0.00 | 0.00 |
| | MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 895.82 | 00000000000 | 895.82 | 0.00 | 0.00 |
| | MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 450.00 | 00000000000 | 450.00 | 0.00 | 0.00 |
| | MONEY ROOM DEP. COIN/CURRENCY    00000000 | | | |
| 9,075.35 | Coin and Currency Deposited ' | 9,075.35 | 0.00 | 0.00 |

**Deposits**
Deposits

| 152,103.95 | 00000000000 | 100.95 | 152,003.00 | 0.00 |
|---|---|---|---|---|
| | DEPOSIT          029508934 | | | |
| 6,507.66 | 00000000000  1-31 | 1,762.66 | 4,705.00 | 40.00 |
| | DEPOSIT          022768904 | | | |
| 158,611.61 | Deposits Totals | 1,863.61 | 156,708.00 | 40.00 |

| 647,891.60 | *Credit Totals* | 253,094.60 | 362,557.00 | 32,240.00 |
|---|---|---|---|---|

006083

FEB-25-03 13:34 FROM:SGH BUSINESS OFFICE                    ID:6102782060                    PAGE  18/27

# PINACLE Previous Day Detail Report          2/17/00

### As Of Date:   2/16/00
### F. _ Bank, Philadelphia

**8611336132**                    **USD**    **MCMC DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

**ZBA Debits**

ZBA Debits

| 1,053,641.78 | 08612821607 |
|---|---|

FUNDS TRANSFER TO  ACCT 8612821607

**Coin and Currency Shipped**

Coin and Currency Shipped

475.00 00000000000

MONEY ROOM ORDER COIN/CURRENCY  00000000

350.00 00000000000

MONEY ROOM ORDER COIN/CURRENCY  00000000

825.00 Coin and Currency Shipped To

**1,054,466.78** *Debit Total*

*Credit Transactions:*

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| | | ─── Availability ─── | | |

**Lockbox Deposits**

Lockbox Deposits

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 28,422.24 00000008281 | | 100.24 | 26,156.00 | 2,166.00 |
| WHLS LBX DEP | 8281 | 025756966 | | |
| 16,845.10 00000008281 | | 113.10 | 16,650.00 | 82.00 |
| WHLS LBX DEP | 8281 | 025756927 | | |
| 516.41 00000008265 | | 100.41 | 416.00 | 0.00 |
| WHLS LBX DEP | 8265 | 025759523 | | |
| 45,783.75 Lockbox Deposits Totals | | 313.75 | 43,222.00 | 2,248.00 |

**ACH Credits**

ACH Credits

| Amount | Reference | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 40,730.59 00000000000 | | 40,730.59 | 0.00 | 0.00 |
| 0001105 | PROV REMITINDEPENDENCE BLU | | | |
| 17,179.30 00000000000 | | 17,179.30 | 0.00 | 0.00 |
| 0001023 | PROV REMITINDEPENDENCE BLU | | | |
| 15,988.32 00000000000 | | 15,988.32 | 0.00 | 0.00 |
| 390156B | MEDICARE AVERITUS MEDICARE | | | |
| 2,675.65 00000000000 | | 2,675.65 | 0.00 | 0.00 |
| 390156A | MEDICARE AVERITUS MEDICARE | | | |
| 200.00 00000000000 | | 200.00 | 0.00 | 0.00 |
| 0001506 | PROV REMITINDEPENDENCE BLU | | | |
| 76,773.86 ACH Credits Totals | | 76,773.86 | 0.00 | 0.00 |

006085

**Money Transfer CR-Other**

Money Transfer CR-Other

| Amount | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 874,213.00 BOOK TRANSFER CREDIT | | 874,213.00 | 0.00 | 0.00 |

ORIGINATOR:MERCY HEALTH CENTER AC/8611336204 ONE WEST
ELM STREET CONSHOHOCKEN,PA 19428 OBI:TRF FDS FR ACCT
8611336204 TO 8611336132, REF RACHAEL MEMO
BENEFICIARY:MERCY CATHOLIC MEDICAL CENTER AC/8611336132
TRN:000216008647 DATE:000216 TIME:1144

I understand this is already back on our books on read no re-record

*Page*      1

FEB-25-03 13:33 FROM:SGH BUSINESS OFFICE          ID:6102782050          PAGE   14/27

## Business Account Statement

# PNCBANK

...NITY HOSPITAL
...TH SYSTEM

**For the period 02/01/2000 to 02/29/2000**

Account number:     86-1282-1594

Page 4 of 5

## Deposits and Other Credits  - continued

### ACH Credits  - continued

**58 transactions for a total of $ 1,422,675.49**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 2/17 | 76,809.52 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000472939548 |
| 2/17 | 26,697.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000472939542 |
| 2/17 | 18,602.98 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000461813938 |
| 2/18 | 81,969.28 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000483708683 |
| 2/18 | 7,745.86 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000472721539 |
| 2/22 | 81,360.54 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000494228218 |
| 2/22 | 9,504.00 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000483578780 |
| 2/22 | 110.00 | ACH Credit Prov Remit Amerihealth 0001125 | 0002000483578753 |
| 2/23 | 20,564.43 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000535427022 |
| 2/23 | 17,550.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000535707411 |
| 2/23 | 11,155.55 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000535707415 |
| 2/23 | 9,608.41 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000494093802 |
| 2/24 | 47,369.44 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000547095988 |
| 02/24 | 30,949.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000547085984 |
| 02/24 | 8,204.94 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000523436040 |
| 02/25 | 110,261.98 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000550675437 |
| 02/25 | 45,023.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000550675433 |
| 02/25 | 20,679.35 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000546740934 |
| 02/28 | 15,268.72 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000561729783 |
| 02/28 | 9,450.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000561729778 |
| 02/28 | 8,142.83 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000550387659 |
| 02/28 | 233.70 | ACH Credit Prov Remit Amerihealth / NJ 0001125 | 0002000550387340 |
| 02/29 | 9,450.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000592957115 |
| 02/29 | 9,269.36 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000561445206 |
| 02/29 | 6,803.73 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000592957119 |

### Funds Transfers In

**1 transaction for a total of $ 2,632.94**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/11 | 2,632.94 | Fed Wire In 023860    CSI   006050   BK of Montana | W023860 0211 |

### Other Credits

**10 transactions for a total of $ 4,593.40**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/04 | 30.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/07 | 1,996.00 | PNC Merchant Deposit    178204601995 Value Date 02-05-00 | 178204601995  PHL |
| 02/08 | 15.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/09 | 39.40 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/11 | 798.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/ | 39.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/18 | 5.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/22 | 30.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |
| 02/28 | 39.00 | PNC Merchant Deposit    178204601995 Value Date 02-26-00 | 178204601995  PHL |
| 02/29 | 1,602.00 | PNC Merchant Deposit    178204601995 | 178204601995  PHL |

# *'INACLE Previous Day Detail Report*          *2/14/00*

As-f  Date:  2/11/00
?NC Bank, Philadelphia

612821594              **USD**   **MCH DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

BA Debits
ZBA Debits
105,488.24 08611336159
            FUNDS TRANSFER TO   ACCT 8611336159

---

*Credit Transactions:*                    ———— Availability ————

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| Lockbox Deposits | | | | | |
| Lockbox Deposits | | | | | |
| —13,928.83 00000008279 | | | 153.83 | 13,775.00 | 0.00 |
| | WHLS LBX DEP | 8279 | 028671593 | | |
| —6,226.62 00000008279 | | | 2,920.62 | 3,306.00 | 0.00 |
| | WHLS LBX DEP | 8279 | 022535277 | | |
| ∕20,155.45 Lockbox Deposits Totals | | | 3,074.45 | 17,081.00 | 0.00 |
| | | | | | |
| ACH Credits | | | | | |
| ᴣ   Credits | | | | | |
| —61,353.65 00000000000 | | | 61,353.65 | 0.00 | 0.00 |
| | 390215 | MEDICARE AVERITUS MEDICARE | | | |
| —14,086.92 00000000000 | | | 14,086.92 | 0.00 | 0.00 |
| | 0001125 | PROV REMITINDEPENDENCE BLU | | | |
| —5,974.00 00000000000 | | | 5,974.00 | 0.00 | 0.00 |
| | 39S215 | MEDICARE AVERITUS MEDICARE | | | |
| —100.00 00000000000 | | | 100.00 | 0.00 | 0.00 |
| | 0001125 | PROV REMITAMERIHEALTH  NJ | | | |
| 81,514.57 ACH Credits Totals | | | 81,514.57 | 0.00 | 0.00 |

Money Transfer CR-Wire
Money Transfer CR-Wire

| Amount | Reference Number | | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|---|
| —2,632.94 | | | 2,632.94 | 0.00 | 0.00 |
| | FED WIRE IN | 023860 | | | |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH#   20401310 CSI HOSP PATIENT LOAN
PRGM FNDG BENEFICIARY:MERCY COMMUNITY HOSPITAL
AC/8612821594 MERCY COMMUNITY HOSPITAL 8612821594
PHILADELPHIA PA
TRN:000211023860 FEDREF:00012 DATE:000211 TIME:1623

006091

| 2,632.94 Money Transfer CR-Wire Tots | | | 2,632.94 | 0.00 | 0.00 |
|---|---|---|---|---|---|

M✝  llaneous Credits
scellaneous Credits

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 798.00 04601995000 | | 798.00 | 0.00 | 0.00 |
| PNC MERCHANT DEPOSIT | 178204601995 | | | |
| 798.00 Miscellaneous Credits Totals | | 798.00 | 0.00 | 0.00 |

FEB-25-03 13:36 FROM:SGH BUSINESS OFFICE

~~Account Statement~~

ID:6102782060

PAGE   22/27

**For the period 04/01/2000 to 04/30/2000**

Account number:    86-1282-1594

Page 4 of 5

## ...er Credits  - continued

...inued          **52 transactions for a total of $ 1,075,087.57**

| | Amount | Transaction description | Reference number |
|---|---|---|---|
| | 4,804.77 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000109378657S |
| | 13,936.53 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000109356713S |
| | 3,245.24 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000104884679 |
| | 150.20 | ACH Credit Prov Remit Amerihealth / NJ 0001125 | 0002000105355696S |
| | 156,469.58 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000111551069S |
| | 24,778.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000111551069Z |
| | 3,280.25 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000110454163S |
| | 14,773.92 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000111544454S |
| | 3,357.57 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000115636027S |
| | 15,568.45 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000115675237A |
| | 18,878.83 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000115675159S |
| | 9,509.10 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000116062051T |
| | 3,184.14 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000115655269S |
| 04/27 | 8,216.88 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000117200351S |
| 04/27 | 5,763.88 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000116013521S |
| 04/27 | 2,289.00 | ACH Credit Prov Remit Amerihealth 0001125 | 0002000116013514S |
| 04/... | 110,152.09 | ACH Credit Medicare A Veritus Medicare 390215 | 0002000116309216S |
| 04/... | 34,898.00 | ACH Credit Medicare A Veritus Medicare 39S215 | 0002000116309316T |
| 04/28 | 11,839.34 | ACH Credit Prov Remit Independence Blu 0001125 | 0002000117168838Z |
| 04/28 | 16.70 | ACH Credit Prov Remit Amerihealth / NJ 0001125 | 0002000117168735A |

## Funds Transfers In          **1 transaction for a total of $ 97,414.93**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/24 | 97,414.98 | Fed Wire In 007911 | W007911 0424 |

## Adjustments          **2 transactions for a total of $ 81.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/10 | 45.00 | Credit Memo | 032128710 |
| 04/10 | 36.00 | Deposit Adjmt 94262 | 027212322 |

## Other Credits          **14 transactions for a total of $ 2,273.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/04 | 35.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/06 | 15.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/07 | 15.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/10 | 1,145.00 | PNC Merchant Deposit 178204601995 Value Date 04-08-00 | 178204601995  PHL |
| 04/11 | 25.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/12 | 39.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| /...3 | 5.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/14 | 25.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |
| 04/17 | 15.00 | PNC Merchant Deposit 178204601995 Value Date 04-15-00 | 178204601995  PHL |
| 04/18 | 75.00 | PNC Merchant Deposit 178204601995 | 178204601995  PHL |

FEB-25-03 13:36 FROM:SGH BUSINESS OFFICE          ID:6102782060          PAGE 23/27

# PINACLE Previous Day Detail Report          4/26/00

As Of Date:   4/24/00

NC Bank, Philadelphia

8612821594          USD    MCH DEPOSIT

**Debit Transactions:**

| Amount | Reference Number |
|--------|------------------|

ZBA Debits

  ZBA Debits

  154,345.93 08611336159

     FUNDS TRANSFER TO  ACCT 8611336159

---

**Credit Transactions:**

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|--------|------------------|----------------|---------------|---------------|
| **Lockbox Deposits** | | | | |
| Lockbox Deposits | | | | |
| 36,891.39 00000008279 | | 4,174.39 | 24,892.00 | 7,825.00 |
| WHLS LBX DEP | 8279 | 027188647 | | |
| 36,891.39 Lockbox Deposits Totals | | 4,174.39 | 24,892.00 | 7,825.00 |
| **ACH Credits** | | | | |
| ACH Credits | | | | |
| 14,773.92 00000000000 | | 14,773.92 | 0.00 | 0.00 |
| 0001125 | PROV REMITINDEPENDENCE BLU | | | |
| 3,357.57 00000000000 | | 3,357.57 | 0.00 | 0.00 |
| 390215 | MEDICARE AVERITUS MEDICARE | | | |
| 18,131.49 ACH Credits Totals | | 18,131.49 | 0.00 | 0.00 |
| **Money Transfer CR-Wire** | | | | |
| Money Transfer CR-Wire | | | | |
| 97,414.93 | | 97,414.93 | 0.00 | 0.00 |

FED WIRE IN          007911
ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH# 20404180 CSI HOSP PATIENT LOAN PRGM
FNDG BENEFICIARY:MERCY COMMUNITY HOSPITAL AC/8612821594
MERCY COMMUNITY HOSPITAL 8612821594 PHILADELPHIA PA
TRN:000424007911 FEDREF:00011 DATE:000424 TIME:1227

006033

| | | | | |
|--------|------------------|----------------|---------------|---------------|
| 97,414.93 Money Transfer CR-Wire Tota | | 97,414.93 | 0.00 | 0.00 |
| **Deposits** | | | | |
| Deposits | | | | |
| 1,138.61 00000000000 | | 463.61 | 675.00 | 0.00 |
| DEPOSIT | 028551531 | | | |
| 769.51 00000000000 | | 482.51 | 287.00 | 0.00 |
| DEPOSIT | 028551525 | | | |
| 1,908.12 Deposits Totals | | 946.12 | 962.00 | 0.00 |
| **154,345.93 Credit Totals** | | 120,666.93 | 25,854.00 | 7,825.00 |

FEB-25-03 13:35 FROM:SGH BUSINESS OFFICE          ID:6102782060

## Business Account Statement                          PAGE   19/27

# PNCBANK

SC MEDICAL CENTER
H SYSTEM

**For the period 04/01/2000 to 04/30/2000**

Account number:    86-1133-6132

Page 9 of 11

## osits and Other Credits  - continued

### ll Credits  - continued

**110 transactions for a total of $ 7,932,894.67**

| te ated | Amount | Transaction description | Reference number |
|---|---|---|---|
| 4/28 | 5,300.60 | ACH Credit Medicare A Veritus Medicare 390156A | 0002000183083163 |
| 4/28 | 145.86 | ACH Credit Settlement American Express 2374955412 | 0002001193426901 |

### unds Transfers In

**2 transactions for a total of $ 407,058.40**

| ate ated | Amount | Transaction description | Reference number |
|---|---|---|---|
| 4/24 | 227,026.62 | Fed Wire In 007913    *CSI* | W007913 0424 |
| 4/24 | 180,031.78 | Fed Wire In 007910    *BK of Montana*  | W007910 0424 |

### djustments

**4 transactions for a total of $ 570.00**

| ate ated | Amount | Transaction description | Reference number |
|---|---|---|---|
| 4/13 | 19.00 | Money Room Deposit Credit Adj.   00000000 VALUE DATE 04-11-00 | 04130508 |
| 4/13 | 500.00 | Money Room Deposit Credit Adj.   00000000 | 04130505 |
| 4/24 | 1.00 | Money Room Deposit Credit Adj.   00000000 VALUE DATE 04-21-00 | 04240856 |
| 4/ | 50.00 | Deposit Adjmt 95094 | 027397116 |

### WC Credits

**16 transactions for a total of $ 3,992.88**

| te ated | Amount | Transaction description | Reference number |
|---|---|---|---|
| 4/03 | 122.50 | PNC Merchant Deposit   178165012992 Value Date 04-01-00 | 178165012992  PHL |
| 4/04 | 165.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/06 | 45.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/07 | 130.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/11 | 800.00 | PNC Merchant Deposit   178165013990 | 178165013990  PHL |
| 4/12 | 80.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/13 | 90.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/13 | 775.00 | PNC Merchant Deposit   178165014998 | 178165014998  PHL |
| 4/13 | 77.38 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/14 | 35.00 | PNC Merchant Deposit   178165013990 | 178165013990  PHL |
| 4/17 | 270.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/25 | 245.00 | PNC Merchant Deposit   178165012992 Value Date 04-18-00 | 178165012992  PHL |
| 4/26 | 165.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |
| 4/27 | 15.00 | PNC Merchant Deposit   178165013990 | 178165013990  PHL |
| 4/28 | 925.00 | PNC Merchant Deposit   178165014998 | 178165014998  PHL |
|  | 58.00 | PNC Merchant Deposit   178165012992 | 178165012992  PHL |

006094

*NO*

## hecks and Other Debits

### ued Items

**4 transactions for a total of $ 6,225.59**

| ted | Amount | Transaction description | Reference number |
|---|---|---|---|
| /03 | 875.00 | Ret Dep Item Frozen 0000000000   020 | 032928347247 |
| /10 | 150.00 | Return Dep Item Summary   020 | 033025010722 |

# PINACLE Previous Day Detail Report          4/26/00

As of Date:  4/24/00
## PNC Bank, Philadelphia

8611336132          **USD    MCMC DEPOSIT**

*Debit Transactions:*

| Amount | Reference Number |
|---|---|

**ZBA Debits**
  ZBA Debits
   623,142.44 08612821607
         FUNDS TRANSFER TO  ACCT 8612821607

*Credit Transactions:*

| | | Availability | | |
|---|---|---|---|---|
| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |

**Lockbox Deposits**
  Lockbox Deposits

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 22,813.26 00000008281 | | 188.26 | 17,069.00 | 5,556.00 |
| WHLS LBX DEP | 8281 | 027188696 | | |
| 7,459.75 00000008265 | | 7,459.75 | 0.00 | 0.00 |
| WHLS LBX DEP | 8265 | 027818474 | | |
| 3,989.45 00000008265 | | 101.45 | 3,724.00 | 164.00 |
| WHLS LBX DEP | 8265 | 027188678 | | |
| 2,551.23 00000008281 | | 252.23 | 2,020.00 | 279.00 |
| WHLS LBX DEP | 8281 | 027192289 | | |
| 2,244.53 00000008281 | | 2,244.53 | 0.00 | 0.00 |
| WHLS LBX DEP | 8281 | 022561197 | | |
| 39,058.22 Lockbox Deposits Totals | | 10,246.22 | 22,813.00 | 5,999.00 |

1,449.20

**ACH Credits**
  ACH Credits

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 109,498.06 00000000000 | | 109,498.06 | 0.00 | 0.00 |
| 390156B | MEDICARE AVERITUS MEDICARE | | 0.00 | 0.00 |
| 53,959.17 00000000000 | | 53,959.17 | | |
| 0001105 | PROV REMITINDEPENDENCE BLU | | 0.00 | 0.00 |
| 4,803.32 00000000000 | | 4,803.32 | | |
| 0001023 | PROV REMITINDEPENDENCE BLU | | 0.00 | 0.00 |
| 1,690.57 00000000000 | | 1,690.57 | | |
| 390156A | MEDICARE AVERITUS MEDICARE | | 0.00 | 0.00 |
| 700.00 00000000000 | | 700.00 | | |
| 0001506 | PROV REMITINDEPENDENCE BLU | | 0.00 | 0.00 |
| 628.00 00000000000 | | 628.00 | | |
| 0001023 | PROV REMITAMERIHEALTH  NJ | | 0.00 | 0.00 |
| 22.30 00000000000 | | 22.30 | | |
| 0001105 | PROV REMITAMERIHEALTH  NJ | | 0.00 | 0.00 |
| 171,301.42 ACH Credits Totals | | 171,301.42 | | |

**Money Transfer CR-Wire**
  Money Transfer CR-Wire

| Amount | Reference Number | Zero Day Float | One Day Float | 2+ Days Float |
|---|---|---|---|---|
| 227,026.62 FED WIRE IN | | 227,026.62 | 0.00 | 0.00 |

ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH # 20204180 FITZ CSI HOSP PATIENT
LOAN PRGM FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL

006095

*PINACLE Previous Day Detail Report*     4/26/00

CENTER AC/8611336132 MERCY CATHOLIC MEDICAL CENTER
8611336132 PHILADELPHIA PA ATTN  DOUG SMITH
TRN:000424007913 FEDREF:00012 DATE:000424 TIME:1228
                                                   0.00            0.00
                                  180,031.78
180,031.78 FED WIRE IN
ORIGINATOR:FIRST NATIONAL BANK OF MONTANA LIBBY MT
FIRST NATIONAL BANK OF MONTANA, INC ABA:092102851
OBI:PNC BANK NATIONAL ASSOCIATION PHILADELPHIA PA
BBI:HOSPITAL BATCH # 20104170 PHIL CSI HOSP PATIENT
LOAN PRGM FNDG BENEFICIARY:MERCY CATHOLIC MEDICAL
CENTER AC/8611336132 MERCY CATHOLIC MEDICAL CENTER
8611336132 PHILADELPHIA PA ATTN  DOUG SMITH
TRN:000424007910 FEDREF:00010 DATE:000424 TIME:1227
                                  407,058.40           0.00            0.00
407,058.40 Money Transfer CR-Wire Tots

**Detail Credit Adjustments**
Detail Credit Adjustments                                0.00            0.00
                                  50.00            0.00
50.00 00000095094
        DEPOSIT ADJMT     95094     027397116
                                  1.00            0.00
1.00 00000000000
        MONEY ROOM DEPOSIT CREDIT ADJ.   00000000
        EFFECTIVE DATE 04-21-00
                                  51.00            0.00            0.00
51.00 Detail Credit Adjustments Tots

**Coin and Currency Deposited**
Coin and Currency Deposited                              0.00            0.00
                                  2,790.00
2,790.00 00000000000
        MONEY ROOM DEP. COIN/CURRENCY   00000000
                                  2,359.93           0.00            0.00
2,359.93 00000000000
        MONEY ROOM DEP. COIN/CURRENCY   00000000
                                  5,149.93           0.00            0.00
5,149.93 Coin and Currency Deposited

**Deposits**
Deposits                                  101.47         196.00          226.00
523.47 00000000000           027397115
        DEPOSIT                  101.47         196.00          226.00
523.47 Deposits Totals
                                  593,908.44      23,009.00       6,225.00
623,142.44  *Credit Totals*

006096

# Corporate Business Account Statement                    ⊘ PNC BANK

Account number:     86-1282-1607

Page 1 of 4

Number of enclosures: 0
Tax ID Number: 23-1352191

☎ For Client Services:
   Call 1-877-824-5001

▢ Visit us at www.treasury.pncbank.com

✉ Write to: Client Services
   19TH Floor
   1600 Market Street
   Philadelphia , PA 19103

**For the period 09/01/2000 to 09/30/2000**

MERCY CATHOLIC MEDICAL CENTER
MERCY HEALTH SYSTEM
GENERAL ACCOUNTING DEPT 2ND FL
1 W ELM ST
CONSHOHOCKEN PA 19428-2007

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 235,703.00 | 23,956,335.54 | 23,904,389.54 | 287,649.00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | 0.00 | Checks | 0 | 0.00 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 2 | 2,816,317.60 | Funds Transfers Out | 1 | 525,000.00 |
| Trade Services | 2 | 107,576.64 | Trade Services | 2 | 107,576.64 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 34 | 21,082,441.30 | Zero Balance Transfers | 6 | 6,537,347.72 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 54 | 16,734,465.18 |
| Total | 38 | 23,956,335.54 | Total | 63 | 23,904,389.54 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 9/01 | 305,376.00 | 09/13 | 90,096.00 | 09/22 | 128,034.00 |
| 9/05 | 1,139,298.00 | 09/14 | 208,289.00 | 09/25 | 282,705.00 |
| 9/06 | 804,708.00 | 09/15 | 68,731.00 | 09/26 | 106,295.00 |
| 9/07 | 27,447.00 | 09/18 | 44,608.00 | 09/27 | 127,990.00 |
| 9/08 | 17,589.00 | 09/19 | 1,287,496.00 | 09/28 | 162,319.00 |
| 9/11 | 741,182.00 | 09/20 | 176,029.00 | 09/29 | 287,649.00 |
| 9/12 | 519,944.00 | 09/21 | 161,823.00 | | 000097 |

## Deposits and Other Credits

### Funds Transfers In                    2 transactions for a total of $ 2,816,317.60

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 9/12 | 116,317.60 | Fed Wire In 007669 | W007669 0912 |
| 9/19 | 2,700,000.00 | Book Trn Credit 016495 | W016495 0919 |

### Trade Services                    2 transactions for a total of $ 107,576.64

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 9/29 | 100,000.00 | Standby L/C Cred 000000002208339966 | LCS - COR 020 - 020 |
| 9/29 | 7,576.64 | Standby L/C Cred 000000002208339966 | LCS - COR 020 - 020 |

FEB-21-03 16:51 FROM:SGH BUSINESS OFFICE        ID:6102782060        PAGE  15/15

# Business Account Statement                    ⊘ PNC BANK

IC MEDICAL CENTER
H SYSTEM

**For the period 01/01/2001 to 01/31/2001**

Account number:     86-1133-6132

Page 10 of 13

---

## sits and Other Credits - continued

**Credits** - continued          **128 transactions for a total of $ 7,529,968.27**

| ted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 1/29 | 58.32 | ACH Credit Settlement<br>American Express 237495412 | 0002001026234 0023 |
| 1/30 | 40,808.45 | ACH Credit Prov Remit Independence Blu 0001105 | 0002001026198 1475 |
| 1/30 | 9,473.25 | ACH Credit Prov Remit Independence Blu 0001023 | 0002001026198 1473 |
| 1/30 | 8,592.82 | ACH Credit Medicare A Veritus Medicare 390156B | 0002001029326 8376 |
| 1/30 | 6,588.00 | ACH Credit Prov Remit Independence Blu 0001678 | 0002001026198 1483 |
| 1/30 | 3,247.84 | ACH Credit Medicare A Veritus Medicare 390156A | 0002001029326 8375 |
| 1/30 | 148.00 | ACH Credit Settlement<br>Novus Services 6011018054 23517 | 0002001029214 0222 |
| 1/31 | 88,214.62 | ACH Credit Prov Remit Independence Blu 0001105 | 0002001029282 9429 |
| 1/31 | 13,877.31 | ACH Credit Prov Remit Independence Blu 0001023 | 0002001029292 9427 |
| 1/31 | 8,199.08 | ACH Credit Medicare A Veritus Medicare 390156B | 0002001030456 4972 |
| 1/31 | 2,621.85 | ACH Credit Medicare A Veritus Medicare 390156A | 0002001030456 4971 |

---

## nds Transfers In          **2 transactions for a total of $ 261,573.88**

| te sted | Amount | Transaction description | Reference number |
|---|---|---|---|
|  | 162,843.13 | Fed Wire In 020306 | W020306 0125 |
|  | 98,730.75 | Fed Wire In 020304 | W020304 0125 |

---

## ero Balance Transfers          **1 transaction for a total of $ 67,665.10**

| te sted | Amount | Transaction description |  |
|---|---|---|---|
| /30 | 67,665.10 | Funds Transfer From Acct 8612821607 |  |

---

## djustments          **5 transactions for a total of $ 995.00**

| te ited | Amount | Transaction description |  | Reference number |
|---|---|---|---|---|
| /08 | 10.00 | Money Room Deposit Credit Adj. | 00000000 | 01080942 |
| /17 | 100.00 | Money Room Deposit Credit Adj. | 00000000 | 01170456 |
| /19 | 5.00 | Money Room Deposit Credit Adj. | 00000000 | 01190446 |
| /24 | 30.00 | Money Room Deposit Credit Adj. | 00000000 | 01240452 |
| /31 | 850.00 | Credit Memo |  | 027005572 |

006096   12/14

---

## her Credits          **26 transactions for a total of $ 7,031.00**

| ted | Amount | Transaction description |  | Reference number |
|---|---|---|---|---|
| 02 | 578.50 | PNC Merchant Deposit<br>Value Date 12-30-00 | 178165012992 | 178165012992  PHL |
| 03 | 147.50 | PNC Merchant Deposit | 178165012992 | 178165012992  PHL |
| 04 | 127.00 | PNC Merchant Deposit | 178165012992 | 178165012992  PHL |
| 05 | 75.00 | PNC Merchant Deposit | 178165013990 | 178165013990  PHL |
| 0? | 50.00 | PNC Merchant Deposit<br>Value Date 01-06-01 | 178165013990 | 178165013990  PHL |
| 8 | 911.00 | PNC Merchant Deposit | 178165012992 | 178165012992  PHL |
| 09 | 115.00 | PNC Merchant Deposit | 178165013990 | 178165013990  PHL |
| 10 | 568.00 | PNC Merchant Deposit | 178165012992 | 178165012992  PHL |
| 11 | 59.30 | PNC Merchant Deposit | 178165012992 | 178165012992  PHL |

EXHIBIT "G"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

- - - -

MERCY HEALTH SYSTEM OF          : CIVIL ACTION
SOUTHEASTERN PENNSYLVANIA : Case No. 01-CV-5681
            Plaintiff,       :
                             :
        v.                   :
                             :
CSI FINANCIAL, INC.          :
            Defendant.       :
---------------------------------------------------
FIRST NATIONAL BANK OF       : CIVIL ACTION
MONTANA, INC. and CSI        : Consolidated
FINANCIAL, INC.              :
            Plaintiffs,      :
                             :
        v.                   :
                             :
MERCY HEALTH SYSTEM OF        :
SOUTHEASTERN PENNSYLVANIA :
            Defendant.        :

- - -

Friday, October 17, 2003

- - -

Oral deposition of RUSS ERDMAN,
held at the Law Offices of Kittredge, Donley,
Elson, Fullem & Embick, LLP, 421 Chestnut
Street, Fifth Floor, Philadelphia, Pennsylvania
19106, commencing at 9:51 a.m., on the above
date, by and before Veronica M. Mc Kee,
Professional Shorthand Reporter and Notary
Public, Commissioner of Deeds.

- - -

A P P E A R A N C E S:

STEVENS & LEE
BY:  STACEY A. SCRIVANI, ESQUIRE
     RONALD L. WILLIAMS, ESQUIRE
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania  19603-0679
(610) 478-2086

Counsel for Mercy Health System of
Southeastern Pennsylvania


KITTREDGE, DONLEY, ELSON, FULLEM &
EMBICK, LLP
BY:  CHRISTOPHER M. BRUBAKER, ESQUIRE
421 Chestnut Street
Fifth Floor
Philadelphia, Pennsylvania  19106
(215) 829-9900

Counsel for First National Bank of
Montana, Inc.

I N D E X

WITNESS                              PAGE

RUSS ERDMAN


BY:  MR. BRUBAKER          4


E X H I B I T S

| NUMBER | DESCRIPTION | PAGE MARKED |
| --- | --- | --- |
| Erdman 1 | Notice of deposition | 7 |
| Erdman 2 | Two page CSI document | 72 |
| Erdman 3 | One page CSI document | 112 |
| Erdman 4 | Two page CSI document | 142 |
| Erdman 5 | Three page CSI document | 146 |
| Erdman 6 | Two page CSI document | 152 |
| Erdman 7 | E-mail correspondence | 159 |
| Erdman 8 | CSI document, 41 pages | 160 |
| Erdman 9 | Patient financial agreement | 174 |
| Erdman 10 | Assignment of accounts receivable | 217 |
| Erdman 11 | E-mail correspondence | 252 |
| Erdman 12 | Two page CSI document | 257 |
| Erdman 13 | Return reports | 259 |
| Erdman 14 | Bank statements | 265 |

(By agreement of counsel,
the sealing, certification, and filing
are waived; and all objections, except
as to the form of the question, are
reserved until the time of trial.)

- - -

RUSS ERDMAN, after having been
duly sworn, was examined and testified
as follows:

- - -

E X A M I N A T I O N

- - -

BY MR. BRUBAKER:

Q.      Good morning, Mr. Erdman.  My name is
Christopher Moore Brubaker.  I'm an attorney.
I represent the First National Bank of Montana
in a case pending in the Eastern District also
involving Mercy Health System and CSI
Financial.

        First off, is it all right with you if
I refer to Mercy Health System of Southeastern
Pennsylvania simply as Mercy?

A.      Yes.

Q.      You'll understand what I am referring

113

```
1    did you create this for other people to
2    reference in their daily job activities?
3    A.      This was created for other people as
4    well as myself to reference.
5    Q.      Who would the other people be who
6    would use this?
7    A.      Our staff.
8    Q.      Can you be a little more specific
9    about our staff?
10   A.      Our supervisors and our staff. As I
11   stated before, the 70 people that we had talked
12   about in our patient accounting department.
13   Q.      Okay, people within the accounting
14   department. Looking at number one, ad hoc
15   report is run to determine accounts that
16   qualify for submission to CSI. And then it
17   says, patient must have at least two
18   statements. What does that mean?
19   A.      That means that we must have at least
20   sent out two statements to the patient.
21   Q.      So a statement being a bill?
22   A.      That's correct.
23   Q.      So you would have billed a patient
24   twice before any account was sent to CSI?
```

11

```
1           MS. SCRIVANI: Object to the
2    form. You can answer.
3           THE WITNESS: In the beginning of
4    the agreement we did not require two
5    statements to be sent to the patient.
6    We added that as a criteria to reduce
7    the chance of CSI getting an account
8    where the patient may have given the
9    wrong insurance or not provided
10   insurance at the time of the service,
11   thereby sending a statement to the
12   patient hoping the patient will
13   respond to us with that insurance
14   information.
15   BY MR. BRUBAKER:
16   Q.      What if they respond with a payment?
17   A.      Then they would post the payment to
18   the account.
19   Q.      And say you sent them a second
20   statement and they made a payment. What would
21   happen?
22   A.      That would be considered a contract
23   and would be set up in the system as such.
24   Q.      When you say a contract, what do you
```

115

```
1    mean?
2    A.      A contract is when the patient
3    requests to make payments and not pay the
4    account in full.
5    Q.      So you're saying if you received a
6    partial payment from a patient two statements
7    in a row, you would consider that a term for
8    repayment?
9    A.      Correct.
10   Q.      Would that account be sent to CSI?
11   A.      No.
12   Q.      What would happen to an account that
13   was paid in full?
14   A.      It would stay on our system for a
15   period of time and then go to history.
16   Q.      But that account wouldn't be sent to
17   CSI?
18   A.      No, it would not.
19   Q.      So then is it fair to say that the
20   only accounts that were sent to CSI are those
21   where the patient didn't make a payment for two
22   statements?
23   A.      As I stated before, in the beginning
24   of the engagement we did not require two
```

116

```
1    statements to be sent to the patient.
2    Subsequently, after a certain amount of time
3    being in the program, we made that a
4    requirement to reduce the amount of accounts
5    that CSI might receive where a patient had
6    given the wrong insurance information. So if a
7    patient had made a payment at that point after
8    we had sent them one or two statements, that
9    account would not have gone to CSI.
10   Q.      I think you answered my question but
11   maybe not directly. So if no payment were
12   made, that account would go to CSI?
13   A.      Correct.
14   Q.      If a payment were made, that account
15   would not go to CSI?
16   A.      Correct. Once we instituted this
17   process.
18   Q.      Do you know when you instituted this
19   process?
20   A.      To the best of my recollection, fall
21   of 2000, but it could be earlier.
22   Q.      Would there be any records that would
23   indicate when this process took effect?
24   A.      I believe there is a memo from Doug
```

# EXHIBIT "H"

Bob Jaeb

From:       "Robert Jaeb" <bjaeb@csifinancial.com>
To:         "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
Sent:       Tuesday, September 25, 2001 9:41 AM
Subject:    Re:

Doug:

Thanks for the update.

Bob
-- Original Message -----
From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
To: <bjaeb@csifinancial.com>
Sent: Tuesday, September 25, 2001 9:00 AM


> Bob,
>
> Thanks for your voice mail - we'll be preparing a new file to be out to
you
> by Friday (or at the latest early nx week)
>
> In the past 2 weeks since the attack in New York, our computer system has
> been critically affected by three major virus intrusions, which have
limited
> or crippled our ability to send files. In addition, Russ was out sick for
> part of that time.
>
> We are now recovering (system and Russ) and back in operation. I believe
> that the next file will also be a good sized one, and we will (or should
be)
> on an every other week exchange, as we committed.
>
> There are still about three issues that need to be resolved. Pete said
that
> he will be paying a call on me soon, so I can go over them with him.
> Overall, things are improving, for which I am grateful.
>
> Again, hopefully - barring any terrorist attacks, crippling computer
> viruses, or employee illnesses - we should be on track every other month.
>
> Thanks for your patience,
>
> Doug Smith
> 610.567.6601
>
>

CSI 1433

9/13/2002

>

> DISCLAIMER: This electronic mail and any attachments are intended only for
> the use of the intended recipient and may contain trade secrets,
privileged
> or otherwise confidential information. Unauthorized review, use or
> dissemination of this electronic mail or the information contained herein
or
> attached hereto by any person other that the intended recipient is
> prohibited. If you have received this message in error, or believe you are
> not authorized to receive this message, please contact the Mercy Health
> System Helpdesk at engineeringhelpdesk@mercyhealth.org.
>
>

CSI 1434

Bob Jaeb

From:      "Robert Jaeb" <bjaeb@csifinancial.com>
To:        "ERDMAN, RUSS" <RErdman@mercyhealth.org>
Sent:      Friday, September 28, 2001 11:05 AM
Subject:   New accounts

Russ

We MUST HAVE the NEW ACCOUNT transfer TODAY. The bank has a gun to both of our heads regarding the past due recourse balance. I have been telling them that we would be getting a large file to offset this as per my information from Doug. They will deem the contract to be in default at the close of business today. They will then make things very unpleasant.

PLEASE advise me immediately.

Bob Jaeb

CSI 1435

Bob Jaeb

From:      "Robert Jaeb" <bjaeb@csifinancial.com>
To:        "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
Sent:      Friday, September 28, 2001 1:59 PM
Subject:   Re: New accounts

Doug:

Will this be the " big file" or a 2 week file? This is becoming a very
sticky situation with the bank. They have to submit their quarterly data to
the Feds and we have to get rid of the old recoursed accounts prior to then.
I am honestly not sure that they are going to accept another delay. I hope
you can understand the pressure that is coming down on me.

Bob

----- Original Message -----
From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
To: <bjaeb@csifinancial.com>
Sent: Friday, September 28, 2001 11:40 AM
Subject: RE: New accounts


> Bob,
>
> We will not be able to have the files until Tuesday or Wednesday next week
> until we can create the AD-Hocs and run the files. That's the best we can
> do.
>
>
> Doug Smith
> 610.567.6601
>
>
>
> > ----------
> > From: Robert Jaeb[SMTP:bjaeb@csifinancial.com]
> > Sent: Friday, September 28, 2001 1:05 PM
> > To: ERDMAN, RUSS
> > Subject: New accounts
> >
> > Russ
> >
> > We MUST HAVE the NEW ACCOUNT transfer TODAY.   The bank has a gun to
both
> > of our heads regarding the past due recourse balance.  I have been
> > telling them that we would be getting a large file to offset this as per
> > my information from Doug.  They will deem the contract to be in default

CSI  1436

> > at the close of business today.   They will then make things very
> > unpleasant.
> >
> > PLEASE advise me immediately.
> >
> > Bob Jaeb
> >
> >
> >
> >
> DISCLAIMER: This electronic mail and any attachments are intended only for
> the use of the intended recipient and may contain trade secrets,
privileged
> or otherwise confidential information. Unauthorized review, use or
> dissemination of this electronic mail or the information contained herein
or
> attached hereto by any person other that the intended recipient is
> prohibited. If you have received this message in error, or believe you are
> not authorized to receive this message, please contact the Mercy Health
> System Helpdesk at engineeringhelpdesk@mercyhealth.org.
>
>

CSI 1437

Bob Jaeb

From:     "Robert Jaeb" <bjaeb@csifinancial.com>
To:       "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
Sent:     Friday, September 28, 2001 2:08 PM
Subject:  Re: New accounts

It was my understanding that you were going to send us a file for the 3
month period that we did not receive any accounts for.

Bob.
original Message -----
From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
To: "Robert Jaeb'" <bjaeb@csifinancial.com>
Sent: Friday, September 28, 2001 1:51 PM
Subject: RE: New accounts


> Bob:
> AT this point in time, I honestly have no way of judging what will qualify
> fore the file. We will be on an every other week placement, as I said
before
> from now on.
>
> Doug Smith
>
> > ----------
> > From: Robert Jaeb[SMTP:bjaeb@csifinancial.com]
> > Sent: Friday, September 28, 2001 3:59 PM
> > To: Smith, Doug
> > Subject: Re: New accounts
> >
> > Doug:
> >
> > Will this be the " big file" or a 2 week file?  This is becoming a very
> > sticky situation with the bank.  They have to submit their quarterly
data
> > to
> > the Feds and we have to get rid of the old recoursed accounts prior to
> > then.
> > I am honestly not sure that they are going to accept another delay.  I
> > hope
> > you can understand the pressure that is coming down on me.
> >
> > Bob
> >
> > ----- Original Message -----
> > From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
> > To: <bjaeb@csifinancial.com>

CSI 1438

> > Sent: Friday, September 28, 2001 11:40 AM
> > Subject: RE: New accounts
> >
> >
> > > Bob,
> > >
> > > We will not be able to have the files until Tuesday or Wednesday next
> > week
> > > until we can create the AD-Hocs and run the files. That's the best we
> > can
> > > do.
> > >
> > >
> > > Doug Smith
> > > 610.567.6601
> > >
> > >
> > >
> > > > ----------
> > > > From: Robert Jaeb[SMTP:bjaeb@csifinancial.com]
> > > > Sent: Friday, September 28, 2001 1:05 PM
> > > > To: ERDMAN, RUSS
> > > > Subject: New accounts
> > > >
> > > > Russ
> > > >
> > > > We MUST HAVE the NEW ACCOUNT transfer TODAY.  The bank has a gun to
> > both
> > > > of our heads regarding the past due recourse balance.  I have been
> > > > telling them that we would be getting a large file to offset this as
> > per
> > > > my information from Doug.  They will deem the contract to be in
> > default
> > > > at the close of business today.  They will then make things very
> > > > unpleasant.
> > > >
> > > > PLEASE advise me immediately.
> > > >
> > > > Bob Jaeb
> > > >
> > > >
> > > >
> > > >
> > > DISCLAIMER: This electronic mail and any attachments are intended only
> > for
> > > the use of the intended recipient and may contain trade secrets,
> > privileged
> > > or otherwise confidential information. Unauthorized review, use or
> > > dissemination of this electronic mail or the information contained
> > herein

CSI 1439

> > or

> > > attached hereto by any person other that the intended recipient is
> > > prohibited. If you have received this message in error, or believe you
> > are
> > > not authorized to receive this message, please contact the Mercy
Health
> > > System Helpdesk at engineeringhelpdesk@mercyhealth.org.
> > >
> > >
> >
> >
> >
> >

> DISCLAIMER: This electronic mail and any attachments are intended only for
> the use of the intended recipient and may contain trade secrets,
privileged
> or otherwise confidential information. Unauthorized review, use or
> dissemination of this electronic mail or the information contained herein
or
> attached hereto by any person other that the intended recipient is
> prohibited. If you have received this message in error, or believe you are
> not authorized to receive this message, please contact the Mercy Health
> System Helpdesk at engineeringhelpdesk@mercyhealth.org.
>
>

CSI 1440

## Bob Jaeb

| | |
|---|---|
| From: | "Robert Jaeb" <bjaeb@csifinancial.com> |
| To: | "Smith, Doug" <dsmith@MERCYHEALTH.ORG> |
| Cc: | "Partain, Bill" <wepartain_02@bankersresource.com>; "Kaiser, Ken" <kwkaiser_02@bankersresource.com> |
| Sent: | Friday, September 28, 2001 2:41 PM |
| Subject: | RECOURSE |

Doug:

The Bank wants $1,084,733.50 wired to them immediately.  They have been promised files for weeks.

Robert M. Jaeb
President

CSI 1441

9/13/2002

## Bob Jaeb

From:    "Robert Jaeb" <bjaeb@csifinancial.com>
To:      "Smith, Doug" <dsmith@MERCYHEALTH.ORG>; "ERDMAN, RUSS"
         <R.Erdman@mercyhealth.org>
Sent:    Friday, September 28, 2001 2:49 PM

Russ:

The bank will not wait. I just e-mailed Doug after advising him that the bank wants a file now or a wire transfer. I could process a file tomorrow. This is very serious.

Bob

CSI 1442

Bob Jaeb

From:      "Robert Jaeb" <bjaeb@csifinancial.com>
To:        "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
Sent:      Friday, September 28, 2001 3:07 PM
Subject:   Re: New accounts

Doug:

Can you send me any accounts tomorrow? We have to do something unless you can wire some funds.

Bob

----- Original Message -----
From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
To: "Robert Jaeb'" <bjaeb@csifinancial.com>
Sent: Friday, September 28, 2001 2:49 PM
Subject: RE: New accounts


> We are trying to figure out how to qualify those accounts and then we have
> to notify the Vendor (Collection Agency) that they were placed with that
we
> wish to withdraw them so that 2 agencies are not collecting at the same
time
> & we are not paying the Agency commissions on the payments receive from
CSI
> - its more complicated that just creating a file, but it is something we
are
> working on when the system isn't shut down (virus problem we had)
>
> DS
>
> > -----------
> > From: Robert Jaeb[SMTP:bjaeb@csifinancial.com]
> > Sent: Friday, September 28, 2001 4:08 PM
> > To: Smith, Doug
> > Subject: Re: New accounts
> >
> > It was my understanding that you were going to send us a file for the 3
> > month period that we did not receive any accounts for.
> >
> > Bob
> > original Message -----
> > From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
> > To: "'Robert Jaeb'" <bjaeb@csifinancial.com>
> > Sent: Friday, September 28, 2001 1:51 PM
> > Subject: RE: New accounts

CSI  1443

> >
> >
> > > Bob:
> > > AT this point in time, I honestly have no way of judging what will
> > qualify
> > > fore the file. We will be on an every other week placement, as I said
> > before
> > > from now on.
> > >
> > > Doug Smith
> > >
> > > > ----------
> > > > From: Robert Jaeb[SMTP:biaeb@csifinancial.com]
> > > > Sent: Friday, September 28, 2001 3:59 PM
> > > > To: Smith, Doug
> > > > Subject: Re: New accounts
> > > >
> > > > Doug:
> > > >
> > > > Will this be the " big file" or a 2 week file?  This is becoming a
> > very
> > > > sticky situation with the bank.  They have to submit their quarterly
> > data
> > > > to
> > > > the Feds and we have to get rid of the old recoursed accounts prior
> to
> > > > then.
> > > > I am honestly not sure that they are going to accept another delay.
> I
> > > > hope
> > > > you can understand the pressure that is coming down on me.
> > > >
> > > > Bob
> > > >
> > > > ----- Original Message -----
> > > > From: "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
> > > > To: <biaeb@csifinancial.com>
> > > > Sent: Friday, September 28, 2001 11:40 AM
> > > > Subject: RE: New accounts
> > > >
> > > >
> > > > > Bob,
> > > > >
> > > > > We will not be able to have the files until Tuesday or Wednesday
> > next
> > > > week
> > > > > until we can create the AD-Hocs and run the files. That's the best
> > we
> > > > can
> > > > > do.

CSI  1444

> > > > >
> > > > >
> > > > > Doug Smith
> > > > > 610.567.6601
> > > > >
> > > > >
> > > > >
> > > > > > -----------
> > > > > > From: Robert Jaeb[SMTP:bjaeb@csifinancial.com]
> > > > > > Sent: Friday, September 28, 2001 1:05 PM
> > > > > > To: ERDMAN, RUSS
> > > > > > Subject: New accounts
> > > > > >
> > > > > > Russ
> > > > > >
> > > > > > We MUST HAVE the NEW ACCOUNT transfer TODAY. The bank has a
gun
> > to
> > > > both
> > > > > > of our heads regarding the past due recourse balance. I have
> > been
> > > > > > telling them that we would be getting a large file to offset
this
> > as
> > > > > per
> > > > > > my information from Doug. They will deem the contract to be in
> > > > default
> > > > > > at the close of business today. They will then make things
very
> > > > > > unpleasant.
> > > > > >
> > > > > > PLEASE advise me immediately.
> > > > > >
> > > > > > Bob Jaeb
> > > > > >
> > > > > >
> > > > > >
> > > > > >
> > > > > DISCLAIMER: This electronic mail and any attachments are intended
> > only
> > > > > for
> > > > > the use of the intended recipient and may contain trade secrets,
> > > > privileged
> > > > > or otherwise confidential information. Unauthorized review, use or
> > > > > dissemination of this electronic mail or the information contained
> > > > herein
> > > > or
> > > > > attached hereto by any person other that the intended recipient is
> > > > > prohibited. If you have received this message in error, or believe
> > you

CSI 1445

> > > > are
> > > > > not authorized to receive this message, please contact the Mercy
> > Health
> > > > > System Helpdesk at engineeringhelpdesk@mercyhealth.org.
> > > > >
> > > > >
> > > >
> > > >
> > > >
> > > >

> > > DISCLAIMER: This electronic mail and any attachments are intended only
> > for
> > > the use of the intended recipient and may contain trade secrets,
> > privileged
> > > or otherwise confidential information. Unauthorized review, use or
> > > dissemination of this electronic mail or the information contained
> > herein
> > or
> > > attached hereto by any person other that the intended recipient is
> > > prohibited. If you have received this message in error, or believe you
> > are
> > > not authorized to receive this message, please contact the Mercy
Health
> > > System Helpdesk at engineeringhelpdesk@mercyhealth.org.
> > >
> > >
> >
> >
> >
> >

> DISCLAIMER: This electronic mail and any attachments are intended only for
> the use of the intended recipient and may contain trade secrets,
privileged
> or otherwise confidential information. Unauthorized review, use or
> dissemination of this electronic mail or the information contained herein
or
> attached hereto by any person other that the intended recipient is
> prohibited. If you have received this message in error, or believe you are
> not authorized to receive this message, please contact the Mercy Health
> System Helpdesk at engineeringhelpdesk@mercyhealth.org.
>
>

CSI 1446

Bob Jaeb

From:       "Robert Jaeb" <bjaeb@csifinancial.com>
To:         "Smith, Doug" <dsmith@MERCYHEALTH.ORG>
Cc:         "ERDMAN, RUSS" <RErdman@mercyhealth.org>
Sent:       Thursday, October 04, 2001 9:11 AM
Subject:    Recourse

Doug:

As I am sure you are aware, the recourse issue is out of hand. The bank wants their money now. The total due as of this morning is $1,253,384.00. We have not applied any funds from Tuesday's batch of accounts yet. They are posting to the payment and returned account file first. I will call you in a few minutes to discuss this problem.

Bob

CSI 1447

# EXHIBIT "I"

**ORIGINAL**

1

```
                IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                            *   *   *
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
                          CIVIL ACTION NO. 01-CV-5681
MERCY HEALTH SYSTEM OF
SOUTHEASTERN PENNSYLVANIA,  :
               Plaintiff,
                            :

      vs.                   :

                            :
CSI FINANCIAL, INC.,
                            :
                            :
               Defendant.
                            :

FIRST NATIONAL BANK OF
MONTANA, INC. AND CSI
FINANCIAL, INC.,
               Plaintiffs,

      vs.

MERCY HEALTH SYSTEM OF
SOUTHEASTERN PENNSYLVANIA,
               Defendant.
```

---

```
                    *   *   *
              October 14, 2003
                    *   *   *
```

Oral sworn deposition of **DOUGLAS SMITH**, held at the law offices of Kittredge, Donley, Elson, Fullem & Embick, LLP, 421 Chestnut Street, Fifth Floor, Philadelphia, Pennsylvania, commencing on or about 10:15 a.m., before Heather L. Ashton-Chee Wah, Certified Shorthand Reporter and Notary Public.

```
                    *   *   *
```

 **Royal Court Reporting Service, Inc.**
1422 Chestnut Street, Suite 200R, Philadelphia, PA 19102
Phone: 215-563-1782 • 1-888-595-RCRS • Fax: 215-563-2955