```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCY HEALTH SYSTEM,            )
                                )  Civil Action
          Plaintiff             )  No. 01-CV-05681
                                )
     vs.                        )
                                )
CSI FINANCIAL, INC.,            )
                                )
          Defendant             )

                         *   *   *

FIRST NATIONAL BANK OF          )
MONTANA, INC. and               )  Civil Action
CSI FINANCIAL, INC.,            )  No. 02-CV-03608
                                )
          Plaintiffs            )
                                )
     vs.                        )
                                )
MERCY HEALTH SYSTEM OF          )
SOUTHEASTERN PENNSYLVANIA,      )
                                )
          Defendant             )
```

O R D E R

NOW, this 21st day of March, 2005, it appearing after settlement conference held this date before the undersigned that the issues between the parties have been resolved; it further appearing that because of the pending Chapter 7 bankruptcy liquidation of CSI Financial, Inc. currently before Chief United States Bankruptcy Judge Ralph B. Kirscher of the United States Bankruptcy Court for the District of Montana that the settlement of the parties must be submitted by Ross P. Richardson, Esquire, the Bankruptcy Trustee on behalf of CSI Financial, Inc to Judge Kirscher for approval.; it further appearing that the interests of

justice and fairness require that a short period of time be afforded to the Bankruptcy Trustee to present the proposed settlement to the bankruptcy court for approval,

IT IS ORDERED that these consolidated actions are placed into civil suspense until April 15, 2005 or until such time as the undersigned is advised by counsel for the Bankruptcy Trustee regarding approval of the settlement by the bankruptcy court.

IT IS FURTHER ORDERED that on or before April 15, 2005 Patrick J. Egan, Esquire, counsel for the Bankruptcy Trustee for CSI Financial, Inc., notify the undersigned concerning the status of approval of the settlement.

IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania shall serve a copy of the within Order on all counsel of record and on Ross P. Richardson, Esquire at P.O. Box 399, Butte, Montana 59701.

                                BY THE COURT:


                                /s/ JAMES KNOLL GARDNER
                                James Knoll Gardner
                                United States District Judge