IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCY HEALTH SYSTEM,    )  | |
| ) | Civil Action |
| Plaintiff    ) | No. 01-CV-05681 |
| ) | |
| vs.    ) | |
| ) | |
| CSI FINANCIAL, INC.,    ) | |
| ) | |
| Defendant    ) | |

\*   \*   \*

| | |
|---|---|
| FIRST NATIONAL BANK OF    ) | |
| MONTANA, INC. and    ) | Civil Action |
| CSI FINANCIAL, INC.,    ) | No. 02-cv-03608 |
| ) | |
| Plaintiffs    ) | |
| ) | |
| vs.    ) | |
| ) | |
| MERCY HEALTH SYSTEM OF    ) | |
| SOUTHEASTERN PENNSYLVANIA,    ) | |
| ) | |
| Defendant    ) | |

## AMENDED JURY TRIAL ATTACHMENT ORDER

NOW, this 4th day of April, 2005, it appearing by Order dated March 21, 2005 and filed March 23, 2005 that these consolidated actions were placed into civil suspense until April 15, 2005, or until such time as the undersigned is advised by counsel for the Bankruptcy Trustee regarding approval of the settlement by the bankruptcy court,

IT IS ORDERED that the Jury Trial Attachment Order dated and filed March 25, 2004 attaching the jury trial in these consolidated actions for April 25, 2005, is stricken.

IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania shall serve a copy of the within Order on all counsel of record and on Ross P. Richardson, Esquire at P. O. Box 399, Butte, Montana 59701.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457