<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| MERCY HEALTH SYSTEM,        )  | |
|                Plaintiff        ) | Civil Action |
| vs.        ) | No. 01-CV-05681 |
| CSI FINANCIAL, INC.,        ) | |
|                Defendant        ) | |

\*   \*   \*

| | |
|---|---|
| FIRST NATIONAL BANK OF        ) | |
| MONTANA, INC. and        ) | Civil Action |
| CSI FINANCIAL, INC.,        ) | No. 02-CV-03608 |
|                Plaintiffs        ) | |
| vs.        ) | |
| MERCY HEALTH SYSTEM OF        ) | |
| SOUTHEASTERN PENNSYLVANIA,        ) | |
|                Defendant        ) | |

<u>O R D E R</u>

NOW, this 21st day of April, 2005, it appearing after settlement conference held March 21, 2005 before the undersigned that the issues between the parties have been resolved; it further appearing that because of the pending Chapter 7 bankruptcy liquidation of CSI Financial, Inc. currently before Chief United States Bankruptcy Judge Ralph B. Kirscher of the United States Bankruptcy Court for the District of Montana that the settlement of the parties had to be submitted by Ross P. Richardson, Esquire, the Bankruptcy Trustee on behalf of CSI Financial, Inc to Judge Kirscher for approval; it further appearing that by Order of the undersigned dated March 21, 2005 this matter was placed into civil

suspense pending approval of the settlement by the bankruptcy court; it further appearing by Order Approving Compromise by Judge Kirscher dated April 7, 2005 that the bankruptcy court has approved the settlement between the parties; it further appearing that there were numerous motions in limine and cross-motions for summary judgment pending at the time this matter settled,

IT IS ORDERED that the Clerk of Court shall remove this matter from civil suspense.

IT IS FURTHER ORDERED that this action is dismissed with prejudice, without costs.

IT IS FURTHER ORDERED that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania shall serve a copy of the within Order on all counsel of record and on Ross P. Richardson, Esquire at P.O. Box 399, Butte, Montana 59701.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge